IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LIBERTARIAN PARTY OF ILLINOIS, )
STEVE SUESS, JUSTIN TUCKER, ADAM )
BALLING, STEVE DUTNER, JAMES HUMAY,)
JASON ROSS DECKER, BRANDON )
SIZELOVE, DANIEL E. VAN GINDER, )
DAVID JOSEPHS, and LINDA CERVA, )   No. **2022-cv-0578**
                                 )
        Plaintiffs,              )
                                 )
v.                               )
                                 )
KAREN YARBROUGH, in her capacity as the )
COOK COUNTY CLERK, CHICAGO )
BOARD OF ELECTION COMMISSIONERS, )
and MARISEL A. HERNANDEZ, Chair, and )
WILLIAM J. KRESSE, Commissioner,  and )
JUNE A. BROWN, Commissioner, and each in )
their capacities as members of the CHICAGO )
BOARD OF ELECTION COMMISSIONERS, )
                                 )
        Defendants.              )

## VERIFIED COMPLAINT

Plaintiffs, **Libertarian Party of Illinois, Steve Suess, Justin Tucker, Adam Balling, Steve Dutner, James Humay, Jason Ross Decker, Brandon Sizelove, Daniel E. Van Ginder, David Josephs, and Linda Cerva,** through their attorney, file their verified complaint respectfully requesting entry of a declaratory judgment and other relief pursuant to 42 U.S.C. §1983 against Defendants, **Karen Yarbrough** in her capacity as the Cook County Clerk, **Chicago Board of Election Commissioners**, and **Marisel A. Hernandez**, Chair, and **William J. Kresse**, Commissioner, and **June A. Brown**, Commissioner, and each in their capacities as Commissioners of the Chicago Board of Election Commissioners, as follows.

1

**Nature of the Case**

1.      This is an action for a declaratory judgment and other relief, seeking a declaration that the Libertarian Party of Illinois and its candidates are governed under the established party provisions of the Election Code in relation to the June 28, 2022 primary election in Cook County, IL, and for an order directing the Cook County Clerk to accept nomination papers from Libertarian Party candidates for the June 28, 2022 primary election as established political party candidates under the provisions of Article 7 of the Election Code.  Defendants are state actors and are the two election authorities that are willfully and intentionally denying to Plaintiffs their First Amendment rights of association and of ballot access, and their Fourteenth Amendment right to equal protection under the law.

**Parties**

2.      Plaintiff, Libertarian Party of Illinois ("Libertarian Party"), is a political party within Illinois that seeks to nominate candidates for Cook County elected offices, including candidates for Commissioners of the Cook County Board, to elect its township committeepersons at the June 28, 2022 primary election, and to nominate candidates for the November 8, 2022 general election to fill vacancies from the June 28, 2022 primary election.

3.      Plaintiff, Steven Suess, is a resident of Normal, IL, is a registered voter in Normal, McLean County, IL, and is a member of and the current Chair of the Libertarian Party.

4.      Plaintiff, Justin Tucker, is a resident of Chicago, IL, is a registered voter in Chicago, Cook County, IL, is a member of and the current Central Committee

Chair for the Cook County Libertarian Party, and is the Executive Director of the Libertarian Party.

5.     Plaintiff, Adam Balling, is a resident of Chicago, IL, is a registered voter in Chicago, Cook County, IL, and is a member of and the current Chair of the City of Chicago Libertarian Party.

6.     Plaintiff, Steve Dutner is a resident of Elgin, IL, is a registered voter in Cook County, IL, is a member of and the current Chair of the Northwest Cook County Libertarian Party Committee, and in 2018 was the Libertarian Party's candidate for the office of Illinois Secretary of State.

7.     Plaintiff, James Humay, is a resident of Chicago, IL within the boundaries of Cook County Board District 1, is a voter in Chicago, Cook County, IL, and is a member of the Libertarian Party and a candidate of the Libertarian Party for the office of Cook County Board Commissioner for District 1 in Cook County, IL.

8.     Plaintiff, Jason Ross Decker is a resident of Midlothian, Cook County, IL within the boundaries of Cook County Board District 5, is a duly registered voter in Midlothian, Cook County, IL, and is a member of the Libertarian Party and a candidate of the Libertarian Party for the office of Cook County Board Commissioner for District 5 in Cook County, IL.

9.     Plaintiff, Brandon Sizelove is a resident of Chicago, Cook County, IL within the boundaries of Cook County Board District 11, is a duly registered voter in Chicago, Cook County, IL, and is a member of the Libertarian Party and a candidate of the Libertarian Party for the office of Cook County Board Commissioner for District 11 in Cook County, IL.

10.     Plaintiff, Daniel E. Van Ginder, is a resident of Midlothian, IL within the boundaries of Cook County Board District 5, is a duly registered voter in Midlothian, IL, and is a member and affiliate of the Libertarian Party desiring to see Libertarian Party candidates' names printed upon the ballot for the June 28, 2022 primary election in Cook County, IL, including but not limited to Jason Ross Decker as his candidate for Cook County Commissioner for District 5.

11.     Plaintiff, David Josephs, is a resident of Midlothian, IL within the boundaries of Cook County Board District 5, is a duly registered voter in Midlothian, IL, and is a member and affiliate of the Libertarian Party desiring to see Libertarian Party candidates' names printed upon the ballot for the June 28, 2022 primary election in Cook County, IL, including but not limited to Jason Ross Decker as his candidate for Cook County Commissioner for District 5.

12.     Plaintiff, Linda Cerva, is a resident of Harvey, IL within the boundaries of Cook County Board District 5, a duly registered voter in Harvey, IL, and is a member and affiliate of the Libertarian Party desiring to see Libertarian Party candidates' names printed upon the ballot for the June 28, 2022 primary election in Cook County, IL, including but not limited to Jason Ross Decker as her candidate for Cook County Commissioner for District 5.

13.     Defendant, Karen Yarbrough is the Cook County Clerk ("Clerk"), and her office is the election authority that oversees and administers elections in suburban Cook County, IL (excluding elections within the boundaries of the City of Chicago) with the advice and guidance of her Election Division employees and agents, including but not limited to James Nally as the Clerk's election law attorney, and Colleen Gleason, as the Clerk's Candidate Services Manager.

14.     Defendant, Marisel A. Hernandez, serves in her official capacity as one of three appointed Commissioners of the Chicago Board of Election Commissioners, and is the Chair of the Chicago Board of Election Commissioners.

15.     Defendant, William J. Kresse, serves in his official capacity as one of three appointed Commissioners of the Chicago Board of Election Commissioners, and is the Secretary of the Chicago Board of Election Commissioners.

16.     Defendant, June A. Brown, serves in her official capacity as one of three appointed Commissioners of the Chicago Board of Election Commissioners, and is the Secretary of the Chicago Board of Election Commissioners.

17.     Defendant, Chicago Board of Election Commissioners ("CBEC"), is a unit of the City of Chicago that is comprised of three appointed Commissioners, is the duly authorized election authority for the City of Chicago, and is the election authority that oversees and administers elections within the geographic boundaries of the City of Chicago, IL, including but not limited to primary and general elections in even numbered years at which Cook County government officials are nominated/elected and political party committeepersons are elected.  Historically, the CBEC has followed the guidance and decisions of the Clerk with regard to administration of (non-municipal) primary and general elections held in even-numbered years, including the certification of candidate names to the primary and general election ballots.

18.     At all times relevant to this action, Defendants were engaged in state action under color of state law.

19.     Defendants are being sued in their official capacities for declaratory and injunctive relief under 42 U.S.C. § 1983 and 28 U.S.C. § 2201, as well as for costs and attorney's fees under 42 U.S.C. § 1988(b).

## Jurisdiction

20.     Jurisdiction in this case is predicated on 28 U.S.C. § 1331, 1343(a)(3), and 134(a)(4) this being a case arising under the Constitution of the United States and 42 U.S.C. § 1983 and 1988.

## Venue

21.     Venue is proper in this District under 28 U.S.C. 1391(b) because a substantial part of the events giving rise to Plaintiffs' claims occurred in Cook County, IL, and within the Northern District of Illinois.

## Relevant Facts + Election Code

22.     "Illinois classifies general-election candidates into three groups: those affiliated with an 'established' political party, those affiliated with a 'new' political party, and those running as independents. If a candidate is affiliated with a party, whether established or new, the party name appears alongside the candidate's name on the ballot." *Libertarian Party of Illinois v. Scholz*, 872 F.3d 518, 521 (7th Cir. 2017).

23.     Section 10-2 of the Election Code, 10 ILCS 5/10-2, defines the criteria by which a new political party attains established political party status, excerpted in part as follows:

> [ * * * ]
>     A political party which, at the last election in any congressional district, legislative district, county, township, municipality or other political subdivision or district in the State, polled more than 5% of the entire vote cast within such territorial area or political subdivision, as the case may be, has voted as a unit for the election of officers to serve the respective

territorial area of such district or political subdivision, is hereby declared to be an "established political party" within the meaning of this Article as to such district or political subdivision. [* * *]

24.     Similarly, "Article 7. The Making of Nominations By Political Parties" at Section 7-2 of the Election Code, 10 ILCS 5/7-2, confirms that a political party which has received more than 5% of the vote at the last general election is declared to be an established political party within the meaning of Article 7, excerpted in part as follows:

[ * * * ]
   A political party, which at the general election for State and county officers then next preceding a primary, cast more than 5 per cent of the entire vote cast within any congressional district, is hereby declared to be a political party within the meaning of this Article, within such congressional district, and shall nominate its candidate for Representative in Congress, under the provisions hereof. A political party, which at the general election for State and county officers then next preceding a primary, cast more than 5 per cent of the entire vote cast in any county, is hereby declared to be a political party within the meaning of this Article, within said county, and shall nominate all county officers in said county under the provisions hereof, and shall elect precinct, township, and ward committeepersons, as herein provided. [ * * * ]

25.     Nomination of established political party candidates for Cook County offices and election of township committeepersons are made pursuant to the provisions of Article 7 of the Election Code, 10 ILCS 5/7-1, et seq., including a lower signature requirement than new political party candidates, nomination of candidates at a primary election, the ability to elect party officers including township committeepersons at a primary election, the ability to nominate candidates for the general election ballot where there are vacancies in nomination at a primary election, et al.

26.     Established political party candidates for Cook County offices are required to submit the number of signatures defined in the Section 7-10(d) of the Election Code, 10 ILCS 5/7-10(d) in part as follows:

> **(d) County office; Cook County only.**
> (1) If a candidate seeks to run for countywide office in Cook County, then the candidate's petition for nomination must contain at least the number of signatures equal to 0.5% of the qualified electors of his or her party who cast votes at the last preceding general election in Cook County.
> (2) If a candidate seeks to run for Cook County Board Commissioner, then the candidate's petition for nomination must contain at least the number of signatures equal to 0.5% of the qualified primary electors of his or her party in his or her county board district. In the first primary election following a redistricting of Cook County Board of Commissioners districts, a candidate's petition for nomination must contain at least the number of signatures equal to 0.5% of the qualified electors of his or her party in the entire county who cast votes at the last preceding general election divided by the total number of county board districts comprising the county board; provided that in no event shall the number of signatures be less than 25.

27.     For the June 28, 2022 election, the petition circulation period was reduced to 60 days, from January 13, 2022 to March 14, 2022, and correspondingly signatures required for Cook County Commissioner candidates as stated in 10 ILCS 5/7-10(d)2) has been reduced by one-third (1/3) through 10 ILCS 5/2A-1.1b(b).

28.     In addition, following redistricting, residency in any county board district which is contained in whole or part in the redistricted county board district from which a candidate seeks election shall constitute residency in the redistricted county board district for purposes of the two-year residency requirement through Cook County Code of Ordinances, Chapter 22, Article II, Sec. 22-31(3)(b).

29.     The Election Code prohibits the application of Article 10 (10 ILCS 5/10-1, et seq.) to established party candidates pursuant to 10 ILCS 5/10-1 (in part) as follows:

**Sec. 10-1. Application of Article to minor political parties.**

(a)  Political parties as defined in this Article and individual voters to the number and in the manner specified in this Article may nominate candidates for public offices whose names shall be placed on the ballot to be furnished, as provided in this Article.  **No nominations may be made under this Article 10**, however, **by any established political party** which, at the general election next preceding, **polled more than 5% of the entire vote cast** in the State, **district, or unit of local government** for which the nomination is made. [* * ]

30.     "A party becomes established through a strong electoral performance. If a party's candidate in the most recent gubernatorial election received more than 5% of the vote, the party is established throughout the state. 10 ILCS 5/10-2 (2010). A party can also attain established status on a more limited basis. If its candidate (or candidates collectively) received more than 5% of the vote in a particular race in the most recent statewide election—for example, the race for Illinois Comptroller or Illinois Secretary of State — then the party becomes established for statewide elections. Likewise, if a party received more than 5% of the vote in a congressional or county race in the last election, it becomes established for congressional districts or for that county." *Id.*

31.     At the November 3, 2020 general election the Libertarian Party's candidate for Cook County State's Attorney, Brian Dennehy, received 6.71% of the vote for the office of Cook County State's Attorney within the geographic boundaries of Cook County, IL[1].  Please see election results published by the Cook

_____

1  In addition, the Willie Wilson Party's candidate for U.S. Senator received 7.35% of the vote within Cook County, IL (please see **Exhibit A**, attached) but was not recognized by the Clerk in her "General Information" disclosure as an established political party within Cook County (please see **Exhibit B**, attached).

County Clerk[2] for the November 3, 2020 general election attached as **Exhibit A** and excerpted as follows:

| State's Attorney, Cook County | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kim Foxx - DEM | 506,304 | 687,995 | 1,194,299 | 54.21% |
| Patrick W. "Pat" O'Brien - REP | 543,281 | 317,827 | 861,108 | 39.08% |
| Brian Dennehy - LIB | 74,503 | 73,266 | 147,769 | 6.71% |
| | 1,124,088 | 1,079,088 | 2,203,176 | |

32.     In addition, based upon receiving more than 5% of the vote at the November 3, 2020 general election for a countywide candidate in McHenry County and in four other counties (besides Cook County), the Libertarian Party is recognized as an established political party for all offices down to the precinct and committeeperson level in five other counties in Illinois.

33.     Since the Libertarian Party received more than 5% of the votes for the office of the countywide office of Cook County State's Attorney at the November 3, 2020 election, by application of 10 ILCS 5/10-2, it is classified as as an established political party within the geographic boundaries of Cook County, IL

34.     As an established political party, the Libertarian party would be deemed established for <u>all</u> elections held within the geographic boundaries of Cook County, IL, including but not limited to nomination of candidates for Cook County Board President, Assessor, Sheriff, Treasurer, and each of the 17 Cook County Board Commissioners at the June 28, 2022 primary election.

35.     On September 23, 2021 a majority of the Cook County Board of Commissioners, as the governmental body overseeing enactment of ordinances in

---

2   Election results for the Nov. 3, 2020 election also available at the Clerk's website, but the online results reflect only suburban Cook County votes without including City of Chicago votes.  https://www.cookcountyclerkil.gov/election-results?field_election_date_value%5Bvalue%5D%5Byear%5D=2020

Case: 1:22-cv-00578 Document #: 1 Filed: 02/01/22 Page 11 of 86 PageID #:11

Cook County, adopted the "Cook County Redistricting Ordinance of 2021" which remapped the boundaries for each of the seventeen Cook County Board districts located within the unchanged geographic boundary of Cook County. See Cook County Redistricting Ordinance[3] attached as **Exhibit C.**

36.     The "Cook County Redistricting Ordinance of 2021" did not alter the geographic or voting district boundaries of Cook County, IL, which remain static.

37.     The Cook County Board of Commissioners is the governing board and legislative body of Cook County and is comprised of 17 Commissioners, each elected from single member district and serving a four-year term. Each Cook County district is located entirely within Cook County and represents approximately 300,000 residents[4]. The last election of Cook County Board members occurred on November 6, 2018 and all offices of the Cook County Board are to be elected at the November 8, 2022 general election.

38.     Excepting the Board President, each member of the Cook County Board has no individual authority to act on behalf of the Cook County Board, but rather, this entity is a countywide governmental body that is authorized to take action through a majority vote of its seventeen commissioners, having met at duly noticed public meeting with a quorum of members present and otherwise in accordance with the Illinois Open Meetings Act, 5 ILCS 120/1, et seq.

39.     The Cook County Clerk has recognized established party status for the Democratic Party and the Republican Party for the June 28, 2022 primary election

---

3   The **Cook County Redistricting Ordinance** is available at the website https://cook-county.legistar.com/LegislationDetail.aspx?ID=5139402&GUID=D7089BBB-7E14-45E8-B500-65A688982646&Options=Advanced&Search= and the **Appendix** is available at:  http://tiny.cc/dz7juz
4   *Source*:  https://www.cookcountyil.gov/board-of-commissioners

for nomination of their respective candidates for Cook County Commissioner in each of the 17 remapped Cook County Commissioner districts, despite the enactment of the "Cook County Redistricting Ordinance of 2021."

40.     The procedure for nomination of established political party candidates for Cook County offices and for political party offices is defined in Article 7 of the Election Code, 10 ILCS 5/7-1, et seq.

41.     The Clerk published signature requirements in a "General Information" disclosure (attached as **Exhibit B**) that stated the number of signatures that would need to be submitted by established political party candidates seeking ballot placement for countywide Cook County offices to be nominated by the Democratic Party, the Republican Party, and the Libertarian Party at each party's primary election to be held on June 28, 2022 as follows:

### June 28, 2022 Primary Election Signature Requirements

#### Countywide Offices

| Office | Democratic | | Republican | | Libertarian | |
|---|---|---|---|---|---|---|
| Board President | 8,827 | 5,885 | 4,306 | 2,871 | 739 | 493 |
| County Clerk | 8,827 | 5,885 | 4,306 | 2,871 | 739 | 493 |
| Sheriff | 8,827 | 5,885 | 4,306 | 2,871 | 739 | 493 |
| Treasurer | 8,827 | 5,885 | 4,306 | 2,871 | 739 | 493 |
| Assessor | 8,827 | 5,885 | 4,306 | 2,871 | 739 | 493 |

42.     In her official capacity, the Clerk prepared and published a "General Information" disclosure (attached as **Exhibit B**) that provided general information pertaining to the June 28, 2022 primary election including but not limited to her calculation of the number of signatures that would need to be submitted by Democratic Party and Republican Party candidates seeking ballot placement as candidates for the Cook County Board as one of the 17 Commissioners that will be nominated at each party's primary election to be held on June 28, 2022.  The "General Information" disclosure listed the signature requirement as 346

signatures for Democratic candidates and 169 signatures for Republican candidates, regardless of district, and is excerpted as follows:

| Cook County Commissioner | | | |
|---|---|---|---|
| Office | County Board District | Democratic | Republican |
| Commissioner | 1st District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 2nd District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 3rd District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 4th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 5th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 6th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 7th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 8th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 9th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 10th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 11th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 12th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 13th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 14th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 15th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 16th District | ~~519~~ 346 | ~~253~~ 169 |
| Commissioner | 17th District | ~~519~~ 346 | ~~253~~ 169 |

43.     The Clerk omitted publishing the signature requirement for Libertarian Party candidates for Commissioners of the Cook County Board at the June 28, 2022 primary election, though by application of 10 ILCS 5/7-10(d), the Libertarian Party's (unofficial) signature requirement for Cook County Commissioner would be at least 44 signatures per district[5].

44.     Plaintiff, Jason Ross Decker, contacted Colleen Gleason in her capacity as the Clerk's agent and Candidate Services Manager to request from the Clerk the Clerk's official determination of the number of signatures that would need to be submitted by candidates of the Libertarian Party seeking nomination as

---

5   Section 10 ILCS 5/7-10(d) states in part ". . .at least the number of signatures equal to 0.5% of the qualified electors of his or her party in the entire county who cast votes at the last preceding general election divided by the total number of county board districts . . ." which then would be calculated as follows:

[147,769 votes for State's Attorney] x [0.005] = 738.85 which is then divided by 17 districts to equal 43.46 signatures per district.

13

Commissioners of the Cook County Board, and Ms. Gleason, as an authorized agent of the Clerk, responded on January 5, 2022 via email (attached as **Exhibit D**) and explained the Clerk's analysis and application of the Election Code (in part) as follows:

> At the November 3, 2020 General Election, the Libertarian Party received 6.63% of the vote for States Attorney of Cook County and became an established political party for the 2022 Election for Cook Countywide offices.
>
> The Libertarian Party did not receive 5% of the vote in any other district or political subdivision that voted as a unit in the 2020 General Election, and therefore is not an established political party in any other district or political subdivision, Vestrup v DuPage County Election Commission, 335 Ill App 3rd 156 (2002).

45.     The Clerk has denied established political party recognition to the Libertarian Party for purposes of nominating its candidates for Cook County Commissioners, for election of Libertarian Party township committeepersons (please see **Exhibit D**, at page 3), and the corresponding application of Article 7 of the Election Code for purposes of allowing the Libertarian Party to nominate its candidates for Cook County Commissioners at the June 28, 2022 primary election, and elect its Cook County township committeepersons at the June 28, 2022 primary election. It is anticipated that without action from this honorable court, the Clerk would refuse to accept nomination papers, and would reject Libertarian Party nominations of candidates for the general election to fill vacancies at the primary election.

46.     Adam Balling, as the City of Chicago Libertarian Party Chair, contacted James Nally, the Clerk's agent and election law attorney, to follow up regarding the Clerk's bases for her decision to deny established political party recognition to the Libertarian Party for nomination of its candidates for Cook County Commissioners and otherwise.

47.     James Nally, as an authorized agent of the Clerk, explained that even though the Libertarian Party was deemed to be an established political party by operation of 10 ILCS 5/10-2 for countywide offices, the Libertarian Party would not be recognized by the Clerk as an established political party for purposes of (a) nominating candidates for the Cook County Board at the June 28, 2022 primary election, or (b) electing its township committeepersons on June 28, 2022.

48.     The Clerk's decision to deny established political party status to the Libertarian Party for purposes of nominating its candidates for the Cook County Board (and similarly, electing its internal party officials) was made by the Clerk's election law attorney, James Nally, who stated that 10 ILCS 5/10-2 and *Vestrup v. DuPage County Election Commission*, 335 Ill.App.3rd 156 (2002) prohibited the Clerk from recognizing established political party status for all Libertarian Party offices less than those elected countywide.  Please see email between James Nally and Adam Balling, attached as **Exhibit E**.

49.     Based upon the Clerk's representations to date, it is anticipated that during the established political party filing period of March 7-14, 2022, the Clerk will not accept nomination papers for Libertarian Party candidates seeking ballot placement upon the June 28, 2022 primary election ballot as candidates for Cook County Board offices, and will not accept nomination papers from Libertarian Party candidates seeking election as township committeepersons at the June 28, 2022 primary election.

50.     Based upon the Clerk's refusal to recognize the Libertarian Party as an established political party in Cook County, IL, it is anticipated that the Defendants, Clerk and CBEC, will not prepare any form of ballots for a Libertarian Party

primary election nor are they anticipated to administer and hold a Libertarian Party primary election on June 28, 2022 in suburban Cook County and the City of Chicago, respectively.

51.     Plaintiffs are injured and damaged, and denied their First Amendment and Fourteenth Amendment ballot access rights through the Clerk's refusal to recognize the Libertarian Party as an established political party for purposes of nominating candidates for the Cook County Board, for purposes of electing its township committeepersons, and thereafter, for purposes of filling vacancies in nomination, as follows:

(a)     being denied recognition as an established political party and all corresponding rights and benefits under the Illinois Election Code;

(b)     being denied the opportunity to nominate candidates for the Cook County Board at the June 28, 2022 primary election with the lower signature requirements as defined in Article 7 of the Election Code, 10 ILCS 5/7-1 et seq. as compared to signatures that would need to be submitted as a new political party under Article 10 of the Election Code, 10 ILCS 5/10-1, et seq.

(c)     being denied the opportunity to elect candidates for Libertarian Party township committeepersons at the June 28, 2022 primary election as defined in Article 7 of the Election Code, 10 ILCS 5/7-1 et seq.

(d)     being delayed in their ability to organize, campaign, promote the Libertarian Party as an established party, and gather signatures, through the Clerk's failure to publish minimum signature requirements for

16

Libertarian Party candidates for Cook County Board, and for township committeeperson;

(e)    being denied the opportunity to nominate candidates of the Libertarian Party to the November 8, 2022 general election ballot to fill vacancies in nomination at the primary election on June 28, 2022;

(f)    otherwise harmed and damaged through denial of the Plaintiffs' right to campaign and promote the Libertarian Party to voters in relation to the primary election on June 28, 2022;

(g)    otherwise denied First and Fourteenth Amendment rights.

52.    Plaintiffs are further injured, harmed, defamed, and continue to suffer harm to their reputation and recognition through the Clerk's refusal to publicly recognize the Libertarian Party as being a duly established political party within the geographic boundaries of Cook County, thereby hampering and obstructing the Libertarian Party's First amendment right to associate as a political party, build memberships, promote its platform and candidates, generate financial and other support from voters, and otherwise build and grow the Libertarian Party within Cook County, IL.

## Count I
### Declaratory Judgment for Recognition of the Libertarian Party as an Established Party within Cook County, IL

1-52.    Plaintiff repeat and restate Par. 1-52 above as if fully stated herein.

53.    The Court of Appeals for the Seventh Circuit in *Libertarian Party of Illinois v. Scholz*, 872 F.3d 518 (7th Cir. 2017) has addressed the process for attaining established political party status as follows:

> A party becomes established through a strong electoral performance. If a party's candidate in the most recent gubernatorial election received more

than *5%* of the vote, the party is established throughout the state. 10 ILL.
COMP. STAT. 5/10-2 (2010). A party can also attain established status on a
more limited basis. If its candidate (or candidates collectively) received more
than *5%* of the vote in a particular race in the most recent statewide election
— for example, the race for Illinois Comptroller or Illinois Secretary of State
— then the party becomes established for statewide elections. Likewise, if a
party received more than *5%* of the vote in a congressional or county race in
the last election, it becomes established for congressional districts or for that
county.[fn. 1] *Id.*

54.     Since the Libertarian Party polled more than *5%* of the entire vote cast

in a countywide race at the November 3, 2020 general election within the

geographic boundaries of Cook County, IL it is deemed to have voted as a unit for

the election of officers to serve the respective territorial area of such district or

political subdivision, and it should be recognized under the Election Code 10 ILCS

5/10-2, as an "established political party" for all offices being elected within the

geographic boundaries of Cook County, IL.  10 ILCS 5/10-2;  *Libertarian Party of*

*Illinois v. Scholz*, 872 F.3d 518 (7th Cir. 2017).

55.     The Clerk's interpretation and application of the Election Code as

alleged herein, including her refusal to recognize the Libertarian Party as an

established political party for nomination of candidates to the Cook County Board

and for election of its township committeepersons, violate rights guaranteed to the

Plaintiffs by the First and Fourteenth Amendments to the United States

Constitution, as enforced through 42 U.S.C. § 1983.

56.     In *Eu v. San Francisco County Democratic Central Comm.,* 489 US 214, 223

(1989) the U.S. Supreme Court confirmed that First Amendment protections are

applicable to political party speech as follows:

> Indeed, the First Amendment "has its fullest and most urgent application"
> to speech uttered during a campaign for political office. *Monitor Patriot Co. v.*
> *Roy*, 401 U. S. 265, 272 (1971); see also *Mills v. Alabama*, 384 U. S. 214, 218
> (1966). Free discussion about candidates for public office is no less critical

before a primary than before a general election. Cf. *Storer v. Brown*, 415 U. S. 724, 735 (1974); *Smith v. Allwright*, 321 U. S. 649, 666 (1944); *United States v. Classic*, 313 U. S. 299, 314 (1941). In both instances, the "election campaign is a means of disseminating ideas as well as attaining political office." *Illinois Bd. of Elections*, supra, at 186.

57.     The Clerk's decision to deny established political party recognition to the Libertarian Party, as well as her anticipated refusal to accept nomination papers from Libertarian Party candidates followed by the anticipated refusal by the Clerk and the CBEC to hold a primary election for nomination and election of Libertarian Party candidates directly damages, obstructs, and harms the ability of the Libertarian Party to promote its platform, policy positions, and candidates, to all voters in Cook County at the June 28, 2022 primary election, and denies all voters in Cook County the ability to have greater diversity and candidates to select from for Cook County Board offices.

58.     The Plaintiffs, and each of them, enjoy First Amendment protected ballot access rights as a political party, as members of a political party, and as voters, which have been recognized by the Supreme Court in *Eu v. San Francisco County Democratic Central Comm.*, 489 US 214, 223 (1989) as follows:

> Barring political parties from endorsing and opposing candidates not only burdens their freedom of speech but also infringes upon their freedom of association.  It is well settled that partisan political organizations enjoy freedom of association protected by the First and Fourteenth Amendments. *Tashjian*, supra, at 214; see also *Elrod v. Burns*, 427 U. S. 347, 357 (1976) (plurality opinion). Freedom of association means not only that an individual voter has the right to associate with the political party of her choice, *Tashjian*, supra, at 214 (quoting *Kusper*, supra, at 57), but also that a political party has a right to " 'identify the people who constitute the association,' " *Tashjian*, supra, at 214 (quoting *Democratic Party of United States v. Wisconsin ex rel. La Follette*, 450 U. S. 107, 122 (1981)); cf. *NAACP v. Alabama ex rel. Patterson*, 357 U. S. 449, 460-462 (1958), and to select a "standard bearer who best represents the party's ideologies and preferences." *Ripon Society, Inc. v. National Republican Party,* 173 U. S. App. D. C. 350, 384, 525 F.2d 567, 601 (1975) (Tamm, J., concurring in result), cert. denied, 424 U. S. 933 (1976).

19

59.     The Defendants' actions as alleged herein are arbitrary and capricious, and a denial of the Plaintiff's First Amendment right to petition voters, a denial of their First Amendment right to associate as a political party to nominate Plaintiffs' candidates of their choice, and a denial of their First Amendment right to promote the Libertarian party at the June 28, 2022 primary.

60.     A real and actual controversy exists between the parties.

61.     Plaintiffs have no adequate remedy at law, other than this action pursuant to 42 U.S.C. § 1983 for declaratory and equitable relief.

62.     Plaintiffs are suffering irreparable harm as a result of the violations complained of herein, and that harm will continue unless the Clerk's interpretation and application of the Election Code is declared unlawful and enjoined by this honorable Court.

63.     It is anticipated that during the time March 7 – 14, 2022, the Clerk will refuse to accept nomination papers of any Libertarian Party candidates seeking the nomination of Libertarian Party voters at the June 28, 2022 primary election, and that Defendants, Clerk and CBEC, will not prepare any Libertarian Party ballots or program corresponding voting machines, nor otherwise prepare or administer a primary election for nomination of Libertarian Party candidates for Cook County Board and for election of Libertarian Party township committeepersons.

64.     A declaration of the Plaintiffs' rights, in advance of the March 7 – 14, 2022 filing dates for established political party candidates would assist all parties, as well as all Cook County voters, and provide direction to the Defendants in their official capacities as the election authorities within Cook County, IL in advance of the June 28, 2022 primary election.

WHEREFORE, Plaintiffs, through their attorney, respectfully request entry of a declaratory judgment as follows:

(a)     declaring that the Libertarian Party of Illinois is an established political party under the Illinois Election Code, 10 ILCS 5/10-2, within the geographic boundaries of Cook County, IL;

(b)     declaring that the Libertarian Party is vested with all rights authorized under the Election Code to nominate candidates for all Cook County, IL offices at the June 28, 2022 primary election, and elect its township committeepersons at the June 28, 2022 primary election, and also authorized thereafter to fill vacancies in nomination for the November 8, 2022 general election;

(c)     declaring that within the geographic boundaries of Cook County, IL, the Libertarian Party shall enjoy all rights and benefits conferred upon an established political party under the Illinois Election Code for this and subsequent elections through November 2024;

(d)     otherwise adjusting the time, signature requirements, and/or other provisions of the Election Code governing submission of Libertarian Party candidate nomination papers in the interests of justice and to balance the Plaintiffs' Constitutional rights being denied by the Clerk.

## Count II
### Denial of First Amendment ballot access rights (42 U.S.C. § 1983)

1-64.   Plaintiff repeat and restate Par. 1-64 above as if fully stated herein.

65.     The Supreme Court in *Anderson v. Celebrezze,* 460 U.S. 780, 789, 103 S.Ct. 1564, 1570 (1983), instructed lower courts to "consider the character and magnitude of the asserted injury to the rights protected" by the constitution, to

"identify and evaluate the precise interests put forth by the State," and then to decide whether the interests justify the restriction.

66.     Defendants' actions violate rights guaranteed to these Plaintiffs by the First Amendment to the United States Constitution, as enforced through 42 U.S.C. § 1983.

WHEREFORE, the Plaintiffs respectfully request that this Court enter judgment as follows:

(1)     Assume original jurisdiction over this case;

(2)     Issue a temporary restraining order and/or preliminary injunction as follows:

(a) directing the Clerk to amend her "General Information" for inclusion of signature requirements needed for nomination of Libertarian Party candidates for Cook County Board Commissioners being nominated at the primary election on June 28, 2022, and for inclusion of signature requirements for election of Libertarian Party candidates for each of the township committeepersons being elected at the primary election on June 28, 2022, and otherwise amending for recognition of the Libertarian Party as an established political party within the geographic boundaries of Cook County, IL;

(b) prohibiting Defendants from striking, rejecting, or refusing acceptance of nomination papers from Libertarian Party of Illinois candidates seeking ballot placement for the offices of Cook County Commissioner candidates and township committeeperson candidates for the June 28, 2022 primary election;

(c) directing Defendants to accept nomination papers from Libertarian Party candidates for the June 28, 2022 primary election and to accept resolutions to fill vacancies nomination and corresponding nomination papers from the Libertarian Party for the November 8, 2022 general election seeking to fill vacancies in nomination at the primary election;

(d) directing Defendants to prepare all forms of ballots and voting devices for the Libertarian Party of Illinois primary election on June 28, 2022 in each of their respective jurisdictions, and to administer all provisions of a primary election within their respective jurisdictions for nomination and election of Libertarian Party candidates within the geographic boundaries of Cook County, IL;

(3)    Issue a declaratory judgment stating that the Libertarian Party of Illinois is an established political party within Cook County, IL with all associated rights allowed under the Illinois Election Code to established political parties for all elective and political party offices;

(4)    Issue a permanent injunction against Defendants prohibiting each from denying recognition of the Libertarian Party as a duly established political party with all associated rights defined under Article 7 of the Election Code, 10 ILCS 5/7-1, et seq. to nominate and elect candidates of the Libertarian Party of Illinois for the subsequent four years after the November 3, 2020 general election;

(5)    Order Defendants to pay to Plaintiffs their costs and a reasonable attorney's fees under 42 U.S.C. § 1988(b); and

(6)    Retain jurisdiction over this matter to enforce this court's order, and

(7)    Order Defendants to provide to Plaintiffs such further and additional relief as the Court deems just and appropriate.

<div align="center">

**Count III**
**Denial of Fourteenth Amendment equal protection rights (42 U.S.C. § 1983)**

</div>

1-64.   Plaintiff repeat and restate Par. 1-64 above as if fully stated herein.

65.    The Supreme Court in *Anderson v. Celebrezze,* 460 U.S. 780, 789, 103 S.Ct. 1564, 1570 (1983), instructed lower courts to "consider the character and magnitude of the asserted injury to the rights protected" by the constitution, to "identify and evaluate the precise interests put forth by the State," and then to decide whether the interests justify the restriction.

66.    Defendants' actions violate rights guaranteed to these Plaintiffs by the Fourteenth Amendment to the United States Constitution to equal protection under the law, as enforced through 42 U.S.C. § 1983.

WHEREFORE, the Plaintiffs respectfully request that this Court enter judgment as follows:

(1)    Assume original jurisdiction over this case;

(2)    Issue a temporary restraining order and/or preliminary injunction as follows:

(a) directing the Clerk to amend her "General Information" for inclusion of signature requirements for nomination of Libertarian Party candidates for each of the 17 Cook County Commissioner offices being nominated at the primary election on June 28, 2022, and for inclusion of signature requirements for election of Libertarian Party candidates for each of the township committeepersons being elected at the primary election on June 28, 2022, and otherwise amending for

<div align="center">24</div>

recognition of the Libertarian Party as an established political party within the geographic boundaries of Cook County, IL;

(b) prohibiting Defendants from striking, rejecting or refusing acceptance of nomination papers from Libertarian Party candidates seeking ballot placement for the offices of Cook County Commissioner candidates and township committeeperson candidates for the June 28, 2022 primary election;

(c) directing Defendants to accept nomination papers from Libertarian Party candidates for the June 28, 2022 primary election and to accept resolutions to fill vacancies nomination and corresponding nomination papers from the Libertarian Party for the November 8, 2022 general election seeking to fill vacancies in nomination at the primary election;

(d) directing Defendants to prepare all forms of ballots and voting devices for the Libertarian Party primary election on June 28, 2022 in each of their respective jurisdictions, and to administer all provisions of a primary election within their respective jurisdictions for nomination and election of Libertarian Party candidates within the geographic boundaries of Cook County, IL;

(3)     Issue a declaratory judgment stating that the Libertarian Party is an established political party within Cook County, IL with all associate rights allowed under the Illinois Election Code to established political parties;

(4)     Issue a permanent injunction against Defendants prohibiting each from denying recognition of the Libertarian Party as a duly established political

party with all associated rights defined under Article 7 of the Election Code, 10 ILCS 5/7-1, et seq. to nominate and elect candidates of the Libertarian Party of Illinois for the subsequent four years after the November 3, 2020 general election;

(5)     Order Defendants to pay to Plaintiffs their costs and a reasonable attorney's fees under 42 U.S.C. § 1988(b); and

(6)     Retain jurisdiction over this matter to enforce this court's order, and

(7)     Order Defendants to provide to Plaintiffs such further and additional relief as the Court deems just and appropriate.

Respectfully submitted:

By:     _____/s/Andrew Finko_____
            Attorney for Plaintiffs

Andrew Finko
166 W. Washington St.
Suite 400
Chicago, IL 60602
Ph   (773) 480-0616
Em Finkolaw@Fastmail.F,
IL ARDC No. 06201634

26

## <u>Verification pursuant to 28 U.S.C. § 1746</u>

The undersigned, **Steve Suess**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____
                 Steve Suess

Date: _____
          1/28/22

## Verification pursuant to 28 U.S.C. § 1746

The undersigned, **Libertarian Party of Illinois**, through its duly authorized chair, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____

Steve Suess, Chair

Date: _____

## Verification pursuant to 28 U.S.C. § 1746

The undersigned, **Justin Tucker**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____

Justin Tucker

Date: _1/29/2022_____

## Verification pursuant to 28 U.S.C. § 1746

The undersigned, **Adam Balling**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____
Adam Balling

Date: _____
January 31, 2022

## **<u>Verification pursuant to 28 U.S.C. § 1746</u>**

The undersigned, **Steve Dutner**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _Steve Dutner_
_____
Steve Dutner

Date: _01/31/22_
_____

<u>Verification pursuant to 28 U.S.C. § 1746</u>

The undersigned, **James Humay**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____
James Humay

Date: 01/28/2022

<u>**Verification pursuant to 28 U.S.C. § 1746**</u>

The undersigned, **Jason Ross Decker**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____
Jason Ross Decker

Date: _____
1·27·2022

### Verification pursuant to 28 U.S.C. § 1746

The undersigned, **Brandon Sizelove**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____
　　　　　　　Brandon Sizelove

Date: _____

## Verification pursuant to 28 U.S.C. § 1746

The undersigned, **Daniel E. Van Ginder**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____
    Daniel E. Van Ginder

Date: _____
      1/27/22

## Verification pursuant to 28 U.S.C. § 1746

The undersigned, **David Josephs**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _____

David Josephs

Date: 1/31/22

## Verification pursuant to 28 U.S.C. § 1746

The undersigned, **Linda Cerva**, declares and verifies under penalty of perjury under the laws of the United States of America that the facts contained in the foregoing Verfied Complaint are true and correct.

By: _Linda Cerva_
          Linda Cerva

Date: _1/27/2022_

# EXHIBIT A

**Cook County and The City of Chicago**

**General Election**

**November 3, 2020**

**Combined Summary**

| | Cook County | The City of Chicago | Combined Total | |
|---|---|---|---|---|
| Ballots Cast | 1,188,017 | 1,160,993 | 2,349,010 | |

| **Proposed Amendment to the Illinois Constitution** | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 618,513 | 751,258 | 1,369,771 | 62.89% |
| No | 507,106 | 300,998 | 808,104 | 37.11% |
| | 1,125,619 | 1,052,256 | 2,177,875 | |

| **President & Vice President, U.S.** | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Joseph R. Biden & Kamala D. Harris - DEM | 781,238 | 944,735 | 1,725,973 | 74.22% |
| Donald J. Trump & Michael R. Pence - REP | 377,035 | 181,234 | 558,269 | 24.01% |
| Howie Hawkins & Angela Walker - GRN | 5,843 | 6,436 | 12,279 | 0.53% |
| Gloria La Riva & Leonard Peltier - PSL | 1,377 | 2,759 | 4,136 | 0.18% |
| Brian Carroll & Amar Patel - ASP | 1,587 | 1,498 | 3,085 | 0.13% |
| Jo Jorgensen & Jeremy "Spike" Cohen - LIB | 9,578 | 8,079 | 17,657 | 0.76% |
| Write-In | 1,149 | 2,857 | 4,006 | 0.17% |
| | 1,177,807 | 1,147,598 | 2,325,405 | |

| **Senator, U.S.** | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Richard J. Durbin - DEM | 726,423 | 848,262 | 1,574,685 | 68.75% |
| Mark C. Curran Jr. - REP | 347,189 | 151,845 | 499,034 | 21.79% |
| Willie L. Wilson - WWP | 62,330 | 105,965 | 168,295 | 7.35% |
| David F. Black - GRN | 10,857 | 14,184 | 25,041 | 1.09% |
| Danny Malouf - LIB | 11,921 | 10,773 | 22,694 | 0.99% |
| Write-in | 232 | 483 | 715 | 0.03% |
| | 1,158,952 | 1,131,512 | 2,290,464 | |

| **U.S. Representative, 1st District** | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Bobby L. Rush - DEM | 56,882 | 161,250 | 218,132 | 81.45% |
| Philanise White - REP | 40,543 | 8,563 | 49,106 | 18.34% |
| Write-In | 157 | 423 | 580 | 0.22% |
| | 97,582 | 170,236 | 267,818 | |

**U.S. Representative, 2nd District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Robin Kelly - DEM | 136,544 | 63,168 | 199,712 | 89.27% |
| Theresa J. Raborn - REP | 18,755 | 5,250 | 24,005 | 10.73% |
| | 155,299 | 68,418 | 223,717 | |

**U.S. Representative, 3rd District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Marie Newman - DEM | 92,672 | 59,539 | 152,211 | 58.09% |
| Mike Fricilone - REP | 80,105 | 29,697 | 109,802 | 41.91% |
| | 172,777 | 89,236 | 262,013 | |

**U.S. Representative, 4th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jesus "Chuy" Garcia - DEM | 45,864 | 141,355 | 187,219 | 84.05% |
| Jesus Solorio - REP | 14,398 | 21,120 | 35,518 | 15.95% |
| | 60,262 | 162,475 | 222,737 | |

**U.S. Representative, 5th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Mike Quigley - DEM | 29,236 | 207,743 | 236,979 | 72.72% |
| Tommy Hanson - REP | 20,186 | 59,722 | 79,908 | 24.52% |
| Thomas J. Wilda - GRN | 1,312 | 7,553 | 8,865 | 2.72% |
| Write-In | 13 | 116 | 129 | 0.04% |
| | 50,747 | 275,134 | 325,881 | |

**U.S. Representative, 6th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Sean Casten - DEM | 28,218 | | 28,218 | 54.20% |
| Jeanne Ives - REP | 23,025 | | 23,025 | 44.22% |
| Bill Redpath - LIB | 807 | | 807 | 1.55% |
| Write-In | 16 | | 16 | 0.03% |
| | 52,066 | | 52,066 | |

**U.S. Representative, 7th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Danny K. Davis - DEM | 65,258 | 184,125 | 249,383 | 80.36% |
| Craig Cameron - REP | 10,188 | 31,202 | 41,390 | 13.34% |
| Tracy Jennings - IND | 5,833 | 13,522 | 19,355 | 6.24% |
| Write-In | 35 | 181 | 216 | 0.07% |
| | 81,314 | 229,030 | 310,344 | |

**U.S. Representative, 8th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Raja Krishnamoorthi - DEM | 97,929 | | 97,929 | 73.07% |
| Preston Gabriel Nelson - LIB | 36,100 | | 36,100 | 26.93% |
| | 134,029 | | 134,029 | |

**U.S. Representative, 9th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Janice D. Schakowsky - DEM | 164,552 | 97,493 | 262,045 | 70.96% |
| Sargis Sangari - REP | 84,739 | 22,386 | 107,125 | 29.01% |
| Write-In | | 121 | 121 | 0.03% |
| | 249,291 | 120,000 | 369,291 | |

**U.S. Representative, 10th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Brad Schneider - DEM | 49,303 | | 49,303 | 63.66% |
| Valerie Ramirez Mukherjee - REP | 28,109 | | 28,109 | 36.30% |
| Write-In | 31 | | 31 | 0.04% |
| | 77,443 | | 77,443 | |

**U.S. Representative, 11th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Bill Foster - DEM | 1,205 | | 1,205 | 44.45% |
| Rick Laib - REP | 1,505 | | 1,505 | 55.51% |
| Write-In | 1 | | 1 | 0.04% |
| | 2,711 | | 2,711 | |

**State Senator, 1st District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Antonio "Tony" Munoz - DEM | 606 | 47,353 | 47,959 | 100.00% |
| | 606 | 47,353 | 47,959 | |

**State Senator, 4th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kimberly A. Lightford - DEM | 65,234 | 18,325 | 83,559 | 100.00% |
| | 65,234 | 18,325 | 83,559 | |

**State Senator, 6th District 2yr unexpired term**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Sara Feigenholtz - DEM | | 106,220 | 106,220 | 100.00% |
| | | 106,220 | 106,220 | |

### State Senator, 7th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Heather A. Steans - DEM | 1,430 | 88,579 | 90,009 | 100.00% |
| | 1,430 | 88,579 | 90,009 | |

### State Senator, 10th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Robert Martwick - DEM | 16,373 | 36,978 | 53,351 | 53.79% |
| Anthony Beckman - REP | 17,178 | 28,663 | 45,841 | 46.21% |
| | 33,551 | 65,641 | 99,192 | |

### State Senator, 11th District 2yr unexpired term

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Celina Villanueva - DEM | 10,030 | 36,670 | 46,700 | 79.29% |
| Mary Ellen "Mari" Brown - DIA | 2,709 | 9,207 | 11,916 | 20.23% |
| Write-In | 49 | 236 | 285 | 0.48% |
| | 12,788 | 46,113 | 58,901 | |

### State Senator, 13th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Robert Peters - DEM | | 79,024 | 79,024 | 100.00% |
| | | 79,024 | 79,024 | |

### State Senator, 16th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jacqueline "Jacqui" Collins - DEM | 22,083 | 42,588 | 64,671 | 100.00% |
| | 22,083 | 42,588 | 64,671 | |

### State Senator, 19th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Michael E. Hastings - DEM | 52,396 | | 52,396 | 100.00% |
| | 52,396 | | 52,396 | |

### State Senator, 22nd District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Cristina Castro - DEM | 36,528 | | 36,528 | 100.00% |
| | 36,528 | | 36,528 | |

### State Senator, 25th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Karina Villa - DEM | 2,023 | | 2,023 | 56.09% |
| Jeanette Ward - REP | 1,584 | | 1,584 | 43.91% |
| | 3,607 | | 3,607 | |

**State Senator, 28th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Laura Murphy - DEM | 64,004 | 870 | 64,874 | 100.00% |
| | 64,004 | 870 | 64,874 | |

**State Senator, 40th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Patrick J. Joyce - DEM | 22,252 | | 22,252 | 83.28% |
| Eric M. Wallace - REP | 4,469 | | 4,469 | 16.72% |
| | 26,721 | | 26,721 | |

**State Representative, 1st District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Aaron M. Ortiz - DEM | 595 | 20,609 | 21,204 | 100.00% |
| | 595 | 20,609 | 21,204 | |

**State Representative, 2nd District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Theresa Mah - DEM | | 25,771 | 25,771 | 100.00% |
| | | 25,771 | 25,771 | |

**State Representative, 3rd District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Eva Dina Delgado - DEM | 493 | 24,960 | 25,453 | 100.00% |
| | 493 | 24,960 | 25,453 | |

**State Representative, 4th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Delia C. Ramirez - DEM | | 38,951 | 38,951 | 100.00% |
| | | 38,951 | 38,951 | |

**State Representative, 5th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Lamont J. Robinson - DEM | | 43,918 | 43,918 | 100.00% |
| | | 43,918 | 43,918 | |

**State Representative, 6th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Sonya Marie Harper - DEM | | 32,219 | 32,219 | 100.00% |
| | | 32,219 | 32,219 | |

**State Representative, 7th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Emanuel "Chris" Welch - DEM | 43,883 | | 43,883 | 100.00% |
| | 43,883 | | 43,883 | |

**State Representative, 8th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| La Shawn K. Ford - DEM | 19,137 | 17,795 | 36,932 | 100.00% |
| | 19,137 | 17,795 | 36,932 | |

**State Representative, 9th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Lakesia Collins - DEM | | 38,252 | 38,252 | 100.00% |
| | | 38,252 | 38,252 | |

**State Representative, 10th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jawaharial "Omar" Williams - DEM | | 38,256 | 38,256 | 100.00% |
| | | 38,256 | 38,256 | |

**State Representative, 11th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Ann M. Williams - DEM | | 50,970 | 50,970 | 100.00% |
| | | 50,970 | 50,970 | |

**State Representative, 12th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Margaret Croke - DEM | | 52,483 | 52,483 | 100.00% |
| | | 52,483 | 52,483 | |

**State Representative, 13th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Greg Harris - DEM | | 46,016 | 46,016 | 100.00% |
| | | 46,016 | 46,016 | |

**State Representative, 14th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kelly M. Cassidy - DEM | 1,431 | 40,476 | 41,907 | 100.00% |
| | 1,431 | 40,476 | 41,907 | |

### State Representative, 15th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| John C. D'Amico - DEM | 17,891 | 17,696 | 35,587 | 100.00% |
| | 17,891 | 17,696 | 35,587 | |

### State Representative, 16th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Denyse Wang Stoneback - DEM | 18,484 | 14,176 | 32,660 | 100.00% |
| | 18,484 | 14,176 | 32,660 | |

### State Representative, 17th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jennifer Gong-Gershowitz - DEM | 42,471 | | 42,471 | 67.62% |
| Yesoe Yoon - REP | 18,728 | | 18,728 | 29.82% |
| Christopher Kruger - GRN | 1,606 | | 1,606 | 2.56% |
| | 62,805 | | 62,805 | |

### State Representative, 18th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Robyn Gabel - DEM | 43,607 | | 43,607 | 72.31% |
| Sean Matlis - IND | 16,699 | | 16,699 | 27.69% |
| | 60,306 | | 60,306 | |

### State Representative, 19th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Lindsey LaPointe - DEM | 2,804 | 25,019 | 27,823 | 58.40% |
| Jeff Muehlfelder - REP | 2,798 | 15,479 | 18,277 | 38.36% |
| Joseph Schreiner - LIB | 179 | 1,365 | 1,544 | 3.24% |
| | 5,781 | 41,863 | 47,644 | |

### State Representative, 20th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Michelle Darbro - DEM | 12,524 | 11,022 | 23,546 | 45.40% |
| Brad Stephens - REP | 15,450 | 12,864 | 28,314 | 54.60% |
| | 27,974 | 23,886 | 51,860 | |

### State Representative, 21st District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Edgar Gonzalez, Jr. - DEM | 10,395 | 12,008 | 22,403 | 100.00% |
| | 10,395 | 12,008 | 22,403 | |

## State Representative, 22nd District

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Michael J. Madigan - DEM | 1,059 | 27,982 | 29,041 | 97.07% |
| Write-In |  | 877 | 877 | 2.93% |
|  | 1,059 | 28,859 | 29,918 |  |

## State Representative, 23rd District

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Michael J. Zalewski - DEM | 26,816 | 1 | 26,817 | 100.00% |
|  | 26,816 | 1 | 26,817 |  |

## State Representative, 24th District

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Elizabeth "Lisa" Hernandez - DEM | 22,239 | 4,585 | 26,824 | 100.00% |
|  | 22,239 | 4,585 | 26,824 |  |

## State Representative, 25th District

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Curtis J. Tarver II - DEM |  | 35,396 | 35,396 | 100.00% |
|  |  | 35,396 | 35,396 |  |

## State Representative, 26th District

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kam Buckner - DEM |  | 41,804 | 41,804 | 99.33% |
| Write-In |  | 282 | 282 | 0.67% |
|  |  | 42,086 | 42,086 |  |

## State Representative, 27th District

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Justin Q. Slaughter - DEM | 14,495 | 27,121 | 41,616 | 100.00% |
|  | 14,495 | 27,121 | 41,616 |  |

## State Representative, 28th District

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Robert "Bob" Rita - DEM | 22,565 | 15,075 | 37,640 | 98.16% |
| Write-In | 516 | 190 | 706 | 1.84% |
|  | 23,081 | 15,265 | 38,346 |  |

## State Representative, 29th District

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Thaddeus Jones - DEM | 30,399 | 3,765 | 34,164 | 100.00% |
|  | 30,399 | 3,765 | 34,164 |  |

### State Representative, 30th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| William "Will" Davis - DEM | 33,359 | | 33,359 | 100.00% |
| | 33,359 | | 33,359 | |

### State Representative, 31st District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Mary E. Flowers - DEM | 13,891 | 21,235 | 35,126 | 100.00% |
| | 13,891 | 21,235 | 35,126 | |

### State Representative, 32nd District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| André Thapedi - DEM | 8,092 | 18,588 | 26,680 | 100.00% |
| | 8,092 | 18,588 | 26,680 | |

### State Representative, 33rd District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Marcus C. Evans, Jr. - DEM | 16,930 | 22,711 | 39,641 | 100.00% |
| | 16,930 | 22,711 | 39,641 | |

### State Representative, 34th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Nicholas "Nick" Smith - DEM | 10,778 | 18,785 | 29,563 | 100.00% |
| | 10,778 | 18,785 | 29,563 | |

### State Representative, 35th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Frances Ann Hurley - DEM | 17,123 | 20,046 | 37,169 | 64.24% |
| Herbert Hebein - REP | 14,752 | 5,943 | 20,695 | 35.76% |
| | 31,875 | 25,989 | 57,864 | |

### State Representative, 36th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kelly M. Burke - DEM | 34,246 | 5,290 | 39,536 | 100.00% |
| | 34,246 | 5,290 | 39,536 | |

### State Representative, 37th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Michelle Fadeley - DEM | 6,034 | | 6,034 | 39.61% |
| Tim Ozinga - REP | 9,200 | | 9,200 | 60.39% |
| | 15,234 | | 15,234 | |

**State Representative, 38th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Debbie Meyers-Martin - DEM | 38,759 | | 38,759 | 80.29% |
| Max Solomon - REP | 9,512 | | 9,512 | 19.71% |
| | 48,271 | | 48,271 | |

**State Representative, 39th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Will Guzzardi - DEM | | 33,816 | 33,816 | 99.01% |
| Write-In | | 337 | 337 | 0.99% |
| | | 34,153 | 34,153 | |

**State Representative, 40th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jaime M. Andrade, Jr. - DEM | | 34,655 | 34,655 | 100.00% |
| | | 34,655 | 34,655 | |

**State Representative, 43rd District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Anna Moeller - DEM | 5,720 | | 5,720 | 100.00% |
| | 5,720 | | 5,720 | |

**State Representative, 44th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Fred Crespo - DEM | 31,229 | | 31,229 | 99.02% |
| Write-In | 310 | | 310 | 0.98% |
| | 31,539 | | 31,539 | |

**State Representative, 45th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Diane Pappas - DEM | 1,990 | | 1,990 | 50.05% |
| Seth Lewis - REP | 1,986 | | 1,986 | 49.95% |
| | 3,976 | | 3,976 | |

**State Representative, 47th District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jennifer Zordani - DEM | 1,861 | | 1,861 | 43.16% |
| Deanne Marie Mazzochi - REP | 2,451 | | 2,451 | 56.84% |
| | 4,312 | | 4,312 | |

| State Representative, 49th District | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Maura Hirschauer - DEM | 1,933 | | 1,933 | 54.09% |
| Laura Curtis - REP | 1,641 | | 1,641 | 45.91% |
| | 3,574 | | 3,574 | |

| State Representative, 51st District | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Mary Edly-Allen - DEM | 209 | | 209 | 60.58% |
| Chris Bos - REP | 136 | | 136 | 39.42% |
| | 345 | | 345 | |

| State Representative, 52nd District | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Marci Suelzer - DEM | 3,781 | | 3,781 | 39.72% |
| Martin McLaughlin - REP | 5,441 | | 5,441 | 57.15% |
| Alia Sarfraz - GRN | 298 | | 298 | 3.13% |
| | 9,520 | | 9,520 | |

| State Representative, 53rd District | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Mark L. Walker - DEM | 40,255 | | 40,255 | 100.00% |
| | 40,255 | | 40,255 | |

| State Representative, 54th District | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Maggie Trevor - DEM | 28,017 | | 28,017 | 48.19% |
| Thomas R. "Tom" Morrison - REP | 30,121 | | 30,121 | 51.81% |
| | 58,138 | | 58,138 | |

| State Representative, 55th District | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Martin J. Moylan - DEM | 31,037 | 733 | 31,770 | 72.58% |
| Glenn Olofson - LIB | 11,711 | 289 | 12,000 | 27.42% |
| | 42,748 | 1,022 | 43,770 | |

| State Representative, 56th District | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Michelle Mussman - DEM | 23,359 | | 23,359 | 57.40% |
| Scott Kegarise - REP | 17,337 | | 17,337 | 42.60% |
| | 40,696 | | 40,696 | |

### State Representative, 57th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jonathan Carroll - DEM | 30,737 | | 30,737 | 100.00% |
| | 30,737 | | 30,737 | |

### State Representative, 58th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Bob Morgan - DEM | 3,989 | | 3,989 | 100.00% |
| | 3,989 | | 3,989 | |

### State Representative, 59th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Daniel Didech - DEM | 4,070 | | 4,070 | 100.00% |
| | 4,070 | | 4,070 | |

### State Representative, 77th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kathleen Willis - DEM | 12,724 | | 12,724 | 72.76% |
| Anthony Airdo - REP | 4,763 | | 4,763 | 27.24% |
| | 17,487 | | 17,487 | |

### State Representative, 78th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Camille Lilly - DEM | 31,376 | 11,412 | 42,788 | 83.33% |
| Joshua Flynn - LIB | 7,373 | 1,186 | 8,559 | 16.67% |
| | 38,749 | 12,598 | 51,347 | |

### State Representative, 80th District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Anthony DeLuca - DEM | 23,799 | | 23,799 | 90.39% |
| Clayton D. Cleveland - LIB | 2,530 | | 2,530 | 9.61% |
| | 26,329 | | 26,329 | |

### State Representative, 82nd District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kassem Moukahal - DEM | 8,786 | | 8,786 | 32.10% |
| Jim Durkin - REP | 18,581 | | 18,581 | 67.90% |
| | 27,367 | | 27,367 | |

**Commissioner, Water Reclamation Dist**

(vote for 3)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kimberly Neely Dubuclet - DEM | 608,291 | 680,295 | 1,288,586 | 28.89% |
| M Cameron "Cam" Davis - DEM | 545,792 | 596,011 | 1,141,803 | 25.60% |
| Eira L. Corral Sepúlveda - DEM | 494,488 | 533,569 | 1,028,057 | 23.05% |
| Tammie Felicia Vinson - GRN | 185,236 | 139,669 | 324,905 | 7.28% |
| Troy Antonio Hernandez - GRN | 186,431 | 153,202 | 339,633 | 7.61% |
| Rachel Wales - GRN | 197,371 | 139,901 | 337,272 | 7.56% |
| | 2,217,609 | 2,242,647 | 4,460,256 | |

**State's Attorney, Cook County**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kim Foxx - DEM | 506,304 | 687,995 | 1,194,299 | 54.21% |
| Patrick W. "Pat" O'Brien - REP | 543,281 | 317,827 | 861,108 | 39.08% |
| Brian Dennehy - LIB | 74,503 | 73,266 | 147,769 | 6.71% |
| | 1,124,088 | 1,079,088 | 2,203,176 | |

**Clerk of the Circuit Court, Cook County**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Iris Y. Martinez - DEM | 702,791 | 846,824 | 1,549,615 | 73.03% |
| Barbara Bellar - REP | 387,133 | 185,036 | 572,169 | 26.97% |
| | 1,089,924 | 1,031,860 | 2,121,784 | |

**Board of Review, 1st District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Tammy Wendt - DEM | 380,299 | 13,903 | 394,202 | 50.75% |
| Dan Patlak - REP | 364,735 | 17,774 | 382,509 | 49.25% |
| | 745,034 | 31,677 | 776,711 | |

**Supreme Court Judge (Vacancy of Freeman)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| P. Scott Neville, Jr. - DEM | 846,008 | 919,321 | 1,765,329 | 99.58% |
| Write-In | | 7,466 | 7,466 | 0.42% |
| | 846,008 | 926,787 | 1,772,795 | |

**Appellate Court Judge (Vacancy of Neville, Jr.)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Michael B. Hyman - DEM | 800,987 | 832,332 | 1,633,319 | 100.00% |
| | 800,987 | 832,332 | 1,633,319 | |

**Appellate Court Judge (Vacancy of Simon)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Sharon O. Johnson - DEM | 787,414 | 815,765 | 1,603,179 | 100.00% |
| | 787,414 | 815,765 | 1,603,179 | |

**Circuit Court Judge (Vacancy of Bellows)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Tiesha L. Smith - DEM | 714,745 | 753,939 | 1,468,684 | 100.00% |
| | 714,745 | 753,939 | 1,468,684 | |

**Circuit Court Judge (Vacancy of Coghlan)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Kelly Marie McCarthy - DEM | 759,612 | 780,088 | 1,539,700 | 100.00% |
| | 759,612 | 780,088 | 1,539,700 | |

**Circuit Court Judge (Vacancy of Ford)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Laura Ayala-Gonzalez - DEM | 755,704 | 779,394 | 1,535,098 | 100.00% |
| | 755,704 | 779,394 | 1,535,098 | |

**Circuit Court Judge (Vacancy of Funderburk)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Celestia L. Mays - DEM | 737,145 | 774,369 | 1,511,514 | 100.00% |
| | 737,145 | 774,369 | 1,511,514 | |

**Circuit Court Judge (Vacancy of Larsen)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Levander "Van" Smith, Jr. - DEM | 734,315 | 763,002 | 1,497,317 | 100.00% |
| | 734,315 | 763,002 | 1,497,317 | |

**Circuit Court Judge (Vacancy of Mason)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Chris Stacey - DEM | 736,958 | 757,628 | 1,494,586 | 100.00% |
| | 736,958 | 757,628 | 1,494,586 | |

**Circuit Court Judge (Vacancy of McCarthy)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Teresa Molina - DEM | 741,301 | 766,657 | 1,507,958 | 100.00% |
| | 741,301 | 766,657 | 1,507,958 | |

**Circuit Court Judge (Vacancy of Murphy Gorman)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Sheree Desiree Henry - DEM | 730,682 | 755,592 | 1,486,274 | 100.00% |
| | 730,682 | 755,592 | 1,486,274 | |

**Circuit Court Judge (Vacancy of O'Brien)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Elizabeth Anne Walsh - DEM | 731,327 | 745,187 | 1,476,514 | 100.00% |
| | 731,327 | 745,187 | 1,476,514 | |

**Circuit Court Judge (Vacancy of Patti)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Lynn Weaver Boyle - DEM | 730,676 | 749,753 | 1,480,429 | 100.00% |
| | 730,676 | 749,753 | 1,480,429 | |

**Circuit Court Judge (Vacancy of Roti)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Lorraine Mary Murphy - DEM | 727,107 | 743,452 | 1,470,559 | 100.00% |
| | 727,107 | 743,452 | 1,470,559 | |

**Circuit Court Judge (Vacancy of C. Sheehan)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Maura McMahon Zeller - DEM | 699,082 | 715,436 | 1,414,518 | 100.00% |
| | 699,082 | 715,436 | 1,414,518 | |

**Circuit Court Judge (Vacancy of K. Sheehan)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jill Rose Quinn - DEM | 735,147 | 751,399 | 1,486,546 | 100.00% |
| | 735,147 | 751,399 | 1,486,546 | |

**Judge, 1st Subcircuit (Vacancy of Hughes Brooks)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Krista D. Butler - DEM | 19,145 | 63,417 | 82,562 | 100.00% |
| | 19,145 | 63,417 | 82,562 | |

**Judge, 1st Subcircuit (Vacancy of Crawford)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Tyria B. Walton - DEM | 19,173 | 64,155 | 83,328 | 100.00% |
| | 19,173 | 64,155 | 83,328 | |

**Judge, 2nd Subcircuit (Additional Judgeship A)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Sondra Nicole Denmark - DEM | 49,378 | 39,102 | 88,480 | 100.00% |
| | 49,378 | 39,102 | 88,480 | |

**Judge, 3rd Subcircuit (Vacancy of Filan)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Daniel Edward Maloney - DEM | 29,538 | 69,499 | 99,037 | 100.00% |
| | 29,538 | 69,499 | 99,037 | |

**Judge, 3rd Subcircuit (Vacancy of Flynn)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Regina Ann Mescall - DEM | 28,835 | 68,666 | 97,501 | 100.00% |
| | 28,835 | 68,666 | 97,501 | |

**Judge, 3rd Subcircuit (Vacancy of Murphy)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Erin Haggerty Antonietti - DEM | 29,098 | 68,570 | 97,668 | 100.00% |
| | 29,098 | 68,570 | 97,668 | |

**Judge, 6th Subcircuit (Vacancy of Nega)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jamie Guerra Dickler - DEM | | 95,450 | 95,450 | 100.00% |
| | | 95,450 | 95,450 | |

**Judge, 6th Subcircuit (Vacancy of Pantle)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Eileen Marie O'Connor - DEM | | 95,948 | 95,948 | 100.00% |
| | | 95,948 | 95,948 | |

**Judge, 7th Subcircuit (Vacancy of Jackson)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Pamela Reaves-Harris - DEM | 24,275 | 58,712 | 82,987 | 100.00% |
| | 24,275 | 58,712 | 82,987 | |

**Judge, 8th Subcircuit (Vacancy of Fleming)**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Jonathan Clark Green - DEM | | 149,577 | 149,577 | 100.00% |
| | | 149,577 | 149,577 | |

### Judge, 8th Subcircuit (Vacancy of Gubin)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Michael A. Forti - DEM | | 150,941 | 150,941 | 100.00% |
| | | 150,941 | 150,941 | |

### Judge, 9th Subcircuit (Vacancy of Axelrood)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Thomas M. Cushing - DEM | 79,181 | 33,426 | 112,607 | 100.00% |
| | 79,181 | 33,426 | 112,607 | |

### Judge, 9th Subcircuit (Vacancy of Luckman)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Julie Bess Aimen - DEM | 78,813 | 33,372 | 112,185 | 100.00% |
| | 78,813 | 33,372 | 112,185 | |

### Judge, 10th Subcircuit (Vacancy of Allen)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| John G. Mulroe - DEM | 20,604 | 81,417 | 102,021 | 100.00% |
| | 20,604 | 81,417 | 102,021 | |

### Judge, 10th Subcircuit (Vacancy of McGing)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Maire Aileen Dempsey - DEM | 20,611 | 80,791 | 101,402 | 100.00% |
| | 20,611 | 80,791 | 101,402 | |

### Judge, 10th Subcircuit (Vacancy of O'Brien)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Mary Catherine Marubio - DEM | 20,545 | 80,261 | 100,806 | 100.00% |
| | 20,545 | 80,261 | 100,806 | |

### Judge, 12th Subcircuit (Vacancy of Hanlon)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Patricia M. Fallon - DEM | 82,976 | | 82,976 | 50.15% |
| Frank R. DiFranco - REP | 82,474 | | 82,474 | 49.85% |
| | 165,450 | | 165,450 | |

### Judge, 13th Subcircuit (Vacancy of Kulys Hoffman)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Susanne Michele Groebner - DEM | 84,945 | | 84,945 | 54.75% |
| Gary William Seyring - REP | 70,205 | | 70,205 | 45.25% |
| | 155,150 | | 155,150 | |

### Judge, 14th Subcircuit (Vacancy of Bertucci)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Gerardo Tristan, Jr. - DEM | 13,261 | 46,976 | 60,237 | 100.00% |
| | 13,261 | 46,976 | 60,237 | |

### Judge, 14th Subcircuit (Vacancy of Lacy)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Perla Tirado - DEM | 13,607 | 47,438 | 61,045 | 100.00% |
| | 13,607 | 47,438 | 61,045 | |

### Judge, 15th Subcircuit (Vacancy of Griffin)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Nichole C. Patton - DEM | 125,653 | | 125,653 | 100.00% |
| | 125,653 | | 125,653 | |

### Trustee, La Grange Highlands Sanitary District

(vote for 2)

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Francis A. Jakubka | 2,169 | | 2,169 | 53.29% |
| Philip C. Sirotzke | 1,901 | | 1,901 | 46.71% |
| | 4,070 | | 4,070 | |

### Trustee, South Lyons Township Sanitary District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Tom Clancy | 2,332 | | 2,332 | 100.00% |
| | 2,332 | | 2,332 | |

### Trustee, South Palos Township Sanitary District

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| No Candidate | 0 | | 0 | 0.00% |
| Write-In | 105 | | 105 | 100.00% |
| | 105 | | 105 | |

### Aurelia Marie Pucinski

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 719,076 | 687,755 | 1,406,831 | 77.37% |
| No | 214,871 | 196,679 | 411,550 | 22.63% |
| | 933,947 | 884,434 | 1,818,381 | |

**Mary Katherine Rochford**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 661,558 | 614,820 | 1,276,378 | 75.40% |
| No | 214,679 | 201,798 | 416,477 | 24.60% |
|  | 876,237 | 816,618 | 1,692,855 | |

**Michael P. Toomin**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 577,313 | 514,915 | 1,092,228 | 61.67% |
| No | 321,817 | 356,967 | 678,784 | 38.33% |
|  | 899,130 | 871,882 | 1,771,012 | |

**James Patrick Flannery, Jr.**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 657,853 | 617,430 | 1,275,283 | 75.11% |
| No | 215,458 | 207,118 | 422,576 | 24.89% |
|  | 873,311 | 824,548 | 1,697,859 | |

**Mary Ellen Coghlan**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 664,777 | 628,547 | 1,293,324 | 76.82% |
| No | 199,385 | 190,936 | 390,321 | 23.18% |
|  | 864,162 | 819,483 | 1,683,645 | |

**Shelley Lynn Sutker-Dermer**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 644,084 | 614,610 | 1,258,694 | 75.33% |
| No | 212,756 | 199,411 | 412,167 | 24.67% |
|  | 856,840 | 814,021 | 1,670,861 | |

**Patricia Manila Martin**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 529,985 | 513,809 | 1,043,794 | 62.16% |
| No | 332,262 | 303,082 | 635,344 | 37.84% |
|  | 862,247 | 816,891 | 1,679,138 | |

**Kenneth J. Wadas**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 575,327 | 514,196 | 1,089,523 | 65.06% |
| No | 281,437 | 303,574 | 585,011 | 34.94% |
|  | 856,764 | 817,770 | 1,674,534 | |

**Gregory J. Wojkowski**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 634,798 | 582,370 | 1,217,168 | 72.89% |
| No | 223,630 | 229,037 | 452,667 | 27.11% |
| | 858,428 | 811,407 | 1,669,835 | |

**Robert E. Gordon**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 648,871 | 649,161 | 1,298,032 | 78.05% |
| No | 200,631 | 164,494 | 365,125 | 21.95% |
| | 849,502 | 813,655 | 1,663,157 | |

**Lewis Nixon**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 627,228 | 621,645 | 1,248,873 | 75.58% |
| No | 217,720 | 185,690 | 403,410 | 24.42% |
| | 844,948 | 807,335 | 1,652,283 | |

**Margaret Ann Brennan**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 624,080 | 580,862 | 1,204,942 | 72.32% |
| No | 228,604 | 232,596 | 461,200 | 27.68% |
| | 852,684 | 813,458 | 1,666,142 | |

**Janet Adams Brosnahan**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 644,535 | 615,184 | 1,259,719 | 76.21% |
| No | 203,010 | 190,242 | 393,252 | 23.79% |
| | 847,545 | 805,426 | 1,652,971 | |

**Peter A. Felice**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 605,851 | 563,888 | 1,169,739 | 71.20% |
| No | 237,746 | 235,407 | 473,153 | 28.80% |
| | 843,597 | 799,295 | 1,642,892 | |

**Kerry M. Kennedy**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 616,055 | 569,457 | 1,185,512 | 71.24% |
| No | 234,821 | 243,830 | 478,651 | 28.76% |
| | 850,876 | 813,287 | 1,664,163 | |

**Casandra Lewis**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 646,290 | 634,930 | 1,281,220 | 77.42% |
| No | 199,160 | 174,523 | 373,683 | 22.58% |
| | 845,450 | 809,453 | 1,654,903 | |

**Laura Marie Sullivan**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 628,525 | 578,771 | 1,207,296 | 72.82% |
| No | 220,852 | 229,787 | 450,639 | 27.18% |
| | 849,377 | 808,558 | 1,657,935 | |

**Raul Vega**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 631,884 | 620,460 | 1,252,344 | 75.73% |
| No | 212,216 | 189,093 | 401,309 | 24.27% |
| | 844,100 | 809,553 | 1,653,653 | |

**Michael B. Hyman**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 629,057 | 621,144 | 1,250,201 | 75.85% |
| No | 214,662 | 183,328 | 397,990 | 24.15% |
| | 843,719 | 804,472 | 1,648,191 | |

**Joan E. Powell**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 649,317 | 622,022 | 1,271,339 | 77.38% |
| No | 193,210 | 178,409 | 371,619 | 22.62% |
| | 842,527 | 800,431 | 1,642,958 | |

**Patrick J. Sherlock**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 596,260 | 552,262 | 1,148,522 | 70.09% |
| No | 242,937 | 247,084 | 490,021 | 29.91% |
| | 839,197 | 799,346 | 1,638,543 | |

**Maureen Ward Kirby**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 651,261 | 636,605 | 1,287,866 | 78.56% |
| No | 189,525 | 161,902 | 351,427 | 21.44% |
| | 840,786 | 798,507 | 1,639,293 | |

**Edward A. Arce**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 618,863 | 594,784 | 1,213,647 | 74.47% |
| No | 216,248 | 199,781 | 416,029 | 25.53% |
|  | 835,111 | 794,565 | 1,629,676 | |

**James N. O'Hara**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 631,203 | 602,538 | 1,233,741 | 75.19% |
| No | 208,962 | 198,100 | 407,062 | 24.81% |
|  | 840,165 | 800,638 | 1,640,803 | |

**Mauricio Araujo**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 424,562 | 387,622 | 812,184 | 48.14% |
| No | 434,129 | 440,881 | 875,010 | 51.86% |
|  | 858,691 | 828,503 | 1,687,194 | |

**Thomas J. Byrne**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 596,577 | 549,382 | 1,145,959 | 69.75% |
| No | 245,113 | 251,968 | 497,081 | 30.25% |
|  | 841,690 | 801,350 | 1,643,040 | |

**Ann Collins-Dole**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 651,718 | 638,018 | 1,289,736 | 78.84% |
| No | 186,193 | 160,001 | 346,194 | 21.16% |
|  | 837,911 | 798,019 | 1,635,930 | |

**Donna L. Cooper**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 661,968 | 656,884 | 1,318,852 | 80.30% |
| No | 178,297 | 145,318 | 323,615 | 19.70% |
|  | 840,265 | 802,202 | 1,642,467 | |

**Anna Helen Demacopoulos**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 609,829 | 553,046 | 1,162,875 | 70.37% |
| No | 235,875 | 253,730 | 489,605 | 29.63% |
|  | 845,704 | 806,776 | 1,652,480 | |

**Diana L. Kenworthy**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 644,830 | 632,058 | 1,276,888 | 78.04% |
| No | 191,941 | 167,405 | 359,346 | 21.96% |
|  | 836,771 | 799,463 | 1,636,234 |  |

**Pamela Elizabeth Loza**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 652,821 | 639,383 | 1,292,204 | 78.50% |
| No | 189,220 | 164,620 | 353,840 | 21.50% |
|  | 842,041 | 804,003 | 1,646,044 |  |

**Jackie Marie Portman-Brown**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 511,994 | 486,634 | 998,628 | 59.32% |
| No | 345,465 | 339,294 | 684,759 | 40.68% |
|  | 857,459 | 825,928 | 1,683,387 |  |

**Dominique C. Ross**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 628,644 | 625,079 | 1,253,723 | 76.34% |
| No | 209,598 | 179,005 | 388,603 | 23.66% |
|  | 838,242 | 804,084 | 1,642,326 |  |

**Kristyna Colleen Ryan**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 649,883 | 632,572 | 1,282,455 | 78.21% |
| No | 190,332 | 167,062 | 357,394 | 21.79% |
|  | 840,215 | 799,634 | 1,639,849 |  |

**Debra B. Walker**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 664,952 | 660,414 | 1,325,366 | 80.59% |
| No | 175,734 | 143,419 | 319,153 | 19.41% |
|  | 840,686 | 803,833 | 1,644,519 |  |

**Ursula Walowski**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 638,131 | 597,338 | 1,235,469 | 74.98% |
| No | 207,149 | 205,078 | 412,227 | 25.02% |
|  | 845,280 | 802,416 | 1,647,696 |  |

**Anthony C. "Tony" Kyriakopoulos**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 612,496 | 573,575 | 1,186,071 | 72.32% |
| No | 228,925 | 225,040 | 453,965 | 27.68% |
|  | 841,421 | 798,615 | 1,640,036 | |

**Caroline Kate Moreland**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 630,170 | 594,456 | 1,224,626 | 74.88% |
| No | 207,299 | 203,484 | 410,783 | 25.12% |
|  | 837,469 | 797,940 | 1,635,409 | |

**Thomas J. Carroll**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 629,393 | 602,168 | 1,231,561 | 75.32% |
| No | 207,439 | 196,043 | 403,482 | 24.68% |
|  | 836,832 | 798,211 | 1,635,043 | |

**Cynthia Y. Cobbs**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 657,950 | 660,564 | 1,318,514 | 80.10% |
| No | 182,316 | 145,295 | 327,611 | 19.90% |
|  | 840,266 | 805,859 | 1,646,125 | |

**Daniel J. Kubasiak**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 577,916 | 506,390 | 1,084,306 | 65.85% |
| No | 264,652 | 297,604 | 562,256 | 34.15% |
|  | 842,568 | 803,994 | 1,646,562 | |

**Andrea M. Buford**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 641,052 | 641,646 | 1,282,698 | 78.66% |
| No | 191,883 | 156,175 | 348,058 | 21.34% |
|  | 832,935 | 797,821 | 1,630,756 | |

**Pamela McLean Meyerson**

|  | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 647,329 | 636,250 | 1,283,579 | 78.57% |
| No | 189,535 | 160,558 | 350,093 | 21.43% |
|  | 836,864 | 796,808 | 1,633,672 | |

**Chris Lawler**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 619,057 | 597,971 | 1,217,028 | 74.71% |
| No | 215,696 | 196,374 | 412,070 | 25.29% |
| | 834,753 | 794,345 | 1,629,098 | |

**John Michael Allegretti**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 617,551 | 571,789 | 1,189,340 | 72.85% |
| No | 220,087 | 223,058 | 443,145 | 27.15% |
| | 837,638 | 794,847 | 1,632,485 | |

**Kristal Rivers**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 648,003 | 631,721 | 1,279,724 | 78.19% |
| No | 188,255 | 168,791 | 357,046 | 21.81% |
| | 836,258 | 800,512 | 1,636,770 | |

**Steven G. Watkins**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 629,761 | 621,782 | 1,251,543 | 76.81% |
| No | 203,381 | 174,549 | 377,930 | 23.19% |
| | 833,142 | 796,331 | 1,629,473 | |

**Abbey Fishman Romanek**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 637,676 | 615,679 | 1,253,355 | 76.68% |
| No | 200,028 | 181,134 | 381,162 | 23.32% |
| | 837,704 | 796,813 | 1,634,517 | |

**William B. Raines**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 617,556 | 591,633 | 1,209,189 | 74.28% |
| No | 215,058 | 203,732 | 418,790 | 25.72% |
| | 832,614 | 795,365 | 1,627,979 | |

**Judith Rice**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 652,079 | 633,289 | 1,285,368 | 78.32% |
| No | 187,162 | 168,748 | 355,910 | 21.68% |
| | 839,241 | 802,037 | 1,641,278 | |

**Patrick Kevin Coughlin**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 625,827 | 586,270 | 1,212,097 | 74.23% |
| No | 210,969 | 209,812 | 420,781 | 25.77% |
| | 836,796 | 796,082 | 1,632,878 | |

**John Curry**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 623,383 | 587,151 | 1,210,534 | 74.13% |
| No | 213,009 | 209,483 | 422,492 | 25.87% |
| | 836,392 | 796,634 | 1,633,026 | |

**Megan Elizabeth Goldish**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 610,682 | 560,764 | 1,171,446 | 71.00% |
| No | 230,778 | 247,656 | 478,434 | 29.00% |
| | 841,460 | 808,420 | 1,649,880 | |

**Anjana Hansen**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 630,019 | 612,785 | 1,242,804 | 76.82% |
| No | 196,914 | 178,184 | 375,098 | 23.18% |
| | 826,933 | 790,969 | 1,617,902 | |

**Robert D. Kuzas**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 588,418 | 545,920 | 1,134,338 | 70.40% |
| No | 236,221 | 240,669 | 476,890 | 29.60% |
| | 824,639 | 786,589 | 1,611,228 | |

**John J. Mahoney**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 526,139 | 461,620 | 987,759 | 60.13% |
| No | 313,530 | 341,327 | 654,857 | 39.87% |
| | 839,669 | 802,947 | 1,642,616 | |

**Maritza Martinez**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 654,233 | 658,611 | 1,312,844 | 80.39% |
| No | 178,377 | 141,954 | 320,331 | 19.61% |
| | 832,610 | 800,565 | 1,633,175 | |

**Terrence J. McGuire**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 631,605 | 616,796 | 1,248,401 | 77.46% |
| No | 194,703 | 168,503 | 363,206 | 22.54% |
| | 826,308 | 785,299 | 1,611,607 | |

**Bridget Anne Mitchell**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 655,613 | 643,534 | 1,299,147 | 80.26% |
| No | 173,801 | 145,818 | 319,619 | 19.74% |
| | 829,414 | 789,352 | 1,618,766 | |

**James Paul Pieczonka**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 595,884 | 543,130 | 1,139,014 | 70.41% |
| No | 235,283 | 243,414 | 478,697 | 29.59% |
| | 831,167 | 786,544 | 1,617,711 | |

**Diana Rosario**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 567,195 | 533,547 | 1,100,742 | 66.58% |
| No | 274,169 | 278,276 | 552,445 | 33.42% |
| | 841,364 | 811,823 | 1,653,187 | |

**Patricia O'Brien Sheahan**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | 663,642 | 639,339 | 1,302,981 | 78.98% |
| No | 184,660 | 162,074 | 346,734 | 21.02% |
| | 848,302 | 801,413 | 1,649,715 | |

**Broadband**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | | 948,756 | 948,756 | 89.88% |
| No | | 106,803 | 106,803 | 10.12% |
| | | 1,055,559 | 1,055,559 | |

**City Plan**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | | 917,439 | 917,439 | 87.91% |
| No | | 126,132 | 126,132 | 12.09% |
| | | 1,043,571 | 1,043,571 | |

| Firearms | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | | 844,772 | 844,772 | 78.98% |
| No | | 224,883 | 224,883 | 21.02% |
| | | 1,069,655 | 1,069,655 | |

| City of Calumet City, Modify Term Limits | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 10,140 | | 10,140 | 72.16% |
| NO | 3,913 | | 3,913 | 27.84% |
| | 14,053 | | 14,053 | |

| City of Calumet City, Mayoral Modifications | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 9,485 | | 9,485 | 68.39% |
| NO | 4,385 | | 4,385 | 31.61% |
| | 13,870 | | 13,870 | |

| Village of Crestwood, Home Rule | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 1,512 | | 1,512 | 29.91% |
| NO | 3,544 | | 3,544 | 70.09% |
| | 5,056 | | 5,056 | |

| Elk Grove Village, Video Gaming | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 11,504 | | 11,504 | 68.85% |
| NO | 5,204 | | 5,204 | 31.15% |
| | 16,708 | | 16,708 | |

| Elk Grove Village, Cannabis Sales | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 10,626 | | 10,626 | 63.40% |
| NO | 6,134 | | 6,134 | 36.60% |
| | 16,760 | | 16,760 | |

| Elk Grove Village, Yard Waste Collection | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 4,447 | | 4,447 | 26.94% |
| NO | 12,057 | | 12,057 | 73.06% |
| | 16,504 | | 16,504 | |

**Village of Flossmoor, Issue Bonds**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 5,039 | | 5,039 | 82.10% |
| NO | 1,099 | | 1,099 | 17.90% |
| | 6,138 | | 6,138 | |

**Village of Mount Prospect, Cannabis Sales**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 16,656 | | 16,656 | 64.65% |
| NO | 9,107 | | 9,107 | 35.35% |
| | 25,763 | | 25,763 | |

**City of Northlake, Alcoholic Beverages**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 1,412 | | 1,412 | 33.39% |
| NO | 2,817 | | 2,817 | 66.61% |
| | 4,229 | | 4,229 | |

**City of Northlake, Electric Vehicles**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 2,803 | | 2,803 | 67.03% |
| NO | 1,379 | | 1,379 | 32.97% |
| | 4,182 | | 4,182 | |

**City of Northlake, High School District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 2,901 | | 2,901 | 71.88% |
| NO | 1,135 | | 1,135 | 28.12% |
| | 4,036 | | 4,036 | |

**Village of Orland Park, Term Limits**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 28,436 | | 28,436 | 88.79% |
| NO | 3,590 | | 3,590 | 11.21% |
| | 32,026 | | 32,026 | |

**City of Park Ridge, Cannabis Sales**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 13,853 | | 13,853 | 60.42% |
| NO | 9,074 | | 9,074 | 39.58% |
| | 22,927 | | 22,927 | |

| Village of Richton Park, Appoint Clerk | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---:|---|---:|---:|
| YES | 2,957 | | 2,957 | 47.86% |
| NO | 3,222 | | 3,222 | 52.14% |
| | 6,179 | | 6,179 | |

| Village of Westchester, Issue Bonds | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---:|---|---:|---:|
| YES | 6,798 | | 6,798 | 71.01% |
| NO | 2,775 | | 2,775 | 28.99% |
| | 9,573 | | 9,573 | |

| Village of Western Springs, Cannabis | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---:|---|---:|---:|
| YES | 3,498 | | 3,498 | 40.42% |
| NO | 5,157 | | 5,157 | 59.58% |
| | 8,655 | | 8,655 | |

| Village of Wilmette, Cannabis Sales | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---:|---|---:|---:|
| YES | 9,681 | | 9,681 | 56.39% |
| NO | 7,486 | | 7,486 | 43.61% |
| | 17,167 | | 17,167 | |

| Elk Grove Township, Abolish Road District | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---:|---|---:|---:|
| YES | 20,164 | | 20,164 | 61.01% |
| NO | 12,885 | | 12,885 | 38.99% |
| | 33,049 | | 33,049 | |

| Lyons Township, Carbon Fee | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---:|---|---:|---:|
| YES | 33,077 | | 33,077 | 65.35% |
| NO | 17,542 | | 17,542 | 34.65% |
| | 50,619 | | 50,619 | |

| Oak Park Township, Operating Expenses | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---:|---|---:|---:|
| YES | 22,628 | | 22,628 | 73.21% |
| NO | 8,282 | | 8,282 | 26.79% |
| | 30,910 | | 30,910 | |

**Oak Park Township, Capital Expenditures**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 23,816 | | 23,816 | 76.60% |
| NO | 7,276 | | 7,276 | 23.40% |
| | 31,092 | | 31,092 | |

**School District 79, Issue Bonds**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 1,171 | | 1,171 | 44.34% |
| NO | 1,470 | | 1,470 | 55.66% |
| | 2,641 | | 2,641 | |

**School District 113A, Increase Limiting Rate**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| YES | 6,019 | | 6,019 | 47.66% |
| NO | 6,610 | | 6,610 | 52.34% |
| | 12,629 | | 12,629 | |

**Mental Health District**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | | 35,198 | 35,198 | 88.08% |
| No | | 4,762 | 4,762 | 11.92% |
| | | 39,960 | 39,960 | |

**Mental Health Tax**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | | 29,794 | 29,794 | 75.83% |
| No | | 9,495 | 9,495 | 24.17% |
| | | 39,289 | 39,289 | |

**Alcoholic Liquor W44 P16**

| | Cook County | The City of Chicago | Combined Total | Percentage |
|---|---|---|---|---|
| Yes | | 322 | 322 | 36.38% |
| No | | 563 | 563 | 63.62% |
| | | 885 | 885 | |

# Suburban Cook County
# November 2020 General Election
# Write-Ins

## President & Vice President, U.S. (Vote for 1)

|  |  | Election Day | Early Voting | Absentee | Total |
|---|---|---|---|---|---|
| Barbara Bellar | WRITE-IN | 0 | 1 | 2 | 3 |
| Don Blankenship | WRITE-IN | 2 | 4 | 1 | 7 |
| President R19 Boddie | WRITE-IN | 0 | 0 | 0 | 0 |
| Todd Cella | WRITE-IN | 0 | 0 | 0 | 0 |
| Mark Charles | WRITE-IN | 1 | 7 | 10 | 18 |
| Phil Collins | WRITE-IN | 0 | 1 | 2 | 3 |
| Randall Foltyniewicz | WRITE-IN | 0 | 0 | 0 | 0 |
| Princess Khadijah Maryann Jacob-Fambro | WRITE-IN | 0 | 0 | 0 | 0 |
| Shawn Howard | WRITE-IN | 0 | 0 | 0 | 0 |
| Kevin McKee | WRITE-IN | 0 | 0 | 3 | 3 |
| Bryan Robinson | WRITE-IN | 0 | 0 | 0 | 0 |
| Deborah Rouse | WRITE-IN | 0 | 0 | 0 | 0 |
| Mary Ruth Caro Simmons | WRITE-IN | 0 | 0 | 1 | 1 |
| Jade Simmons | WRITE-IN | 4 | 6 | 2 | 12 |
| James Timothy Struck | WRITE-IN | 0 | 0 | 0 | 0 |
| Marcus Sykes | WRITE-IN | 0 | 0 | 0 | 0 |
| Kasey Wells | WRITE-IN | 0 | 0 | 2 | 2 |
| Andy Hope Williams Jr. | WRITE-IN | 0 | 0 | 0 | 0 |

## Senator, U.S. (Vote for 1)

|  |  | Election Day | Early Voting | Absentee | Total |
|---|---|---|---|---|---|
| Kevin Keely | WRITE-IN | 2 | 3 | 5 | 10 |

## U.S. Representative, 1st District (Vote for 1)

|  |  | Election Day | Early Voting | Absentee | Total |
|---|---|---|---|---|---|
| Ruth Pellegrini | WRITE-IN | 7 | 26 | 30 | 63 |

## U.S. Representative, 5th District (Vote for 1)

|  |  | Election Day | Early Voting | Absentee | Total |
|---|---|---|---|---|---|
| Frank Rowder | WRITE-IN | 0 | 0 | 0 | 0 |

## U.S. Representative, 7th District (Vote for 1)

|  |  | Election Day | Early Voting | Absentee | Total |
|---|---|---|---|---|---|
| Richard Mayers | WRITE-IN | 0 | 0 | 0 | 0 |
| Deirdre N. McCloskey | WRITE-IN | 0 | 0 | 0 | 0 |

# Suburban Cook County
# November 2020 General Election
# Write-Ins

## U.S. Representative, 10th District (Vote for 1)

| | | Election Day | Early Voting | Absentee | Total | |
|---|---|---|---|---|---|---|
| Joseph W. Kopsick | WRITE-IN | 0 | 0 | 1 | 1 | |
| David Rych | WRITE-IN | 1 | 0 | 0 | 1 | |

## U.S. Representative, 11th District (Vote for 1)

| | | Election Day | Early Voting | Absentee | Total | |
|---|---|---|---|---|---|---|
| John Harlson | WRITE-IN | 0 | 0 | 0 | 0 | |

## State Senator, 11th District 2yr (Vote for 1)

| | | Election Day | Early Voting | Absentee | Total | |
|---|---|---|---|---|---|---|
| Richard Mayers | WRITE-IN | 0 | 0 | 0 | 0 | |

## State Representative, 28th District (Vote for 1)

| | | Election Day | Early Voting | Absentee | Total | |
|---|---|---|---|---|---|---|
| Paris Walker Thomas | WRITE-IN | 59 | 66 | 28 | 153 | |

## State Representative, 44th District (Vote for 1)

| | | Election Day | Early Voting | Absentee | Total | |
|---|---|---|---|---|---|---|
| Todd W. Zimmerman | WRITE-IN | 4 | 1 | 6 | 11 | |



*Commissioners*
Marisel A. Hernandez, *Chair*
William J. Kresse, *Commissioner/Secretary*
Jonathan T. Swain, *Commissioner*
Lance Gough, *Executive Director*

November 24, 2020

## CITY OF CHICAGO, ILLINOIS
## GENERAL ELECTION
## TUESDAY, NOVEMBER 3, 2020

Listed below are those persons who timely filed Declarations of Intent to be a
Write-in Candidate for an office on the ballot.

### **TOTALS**

| | | |
|---|---|---|
| **President** | Kasey Wells | **1** |
| | Todd Cella | **0** |
| | Mark Roberts Charles | **17** |
| | Jade Simmons | **20** |
| **U.S. Senator** | Lowell Martin Seida | **1** |
| **U.S. Representative 1ˢᵗ District** | Ruth Pellegrini | **23** |
| **U.S. Representative in Congress 5ᵗʰ District** | Frank Rowder | **2** |
| **U.S. Representative in Congress 7ᵗʰ District** | Richard Mayers | **0** |
| **U.S. Representative in Congress 9ᵗʰ District** | Richard Mayers | **0** |
| **IL State Senator 11ᵗʰ District** | Richard Mayers | **2** |
| **IL State Representative 22ⁿᵈ District** | Richard Mayers | **6** |
| **IL State Representative 26ⁿᵈ District** | Ranoule Tatum | **1** |
| **IL State Representative 28ᵗʰ District** | Paris Walker Thomas | **90** |
| **IL State Representative 39ᵗʰ District** | Justin Tucker | **0** |
| **IL Supreme Court Judge 1ᵗʰ District** | Richard Mayer | **31** |

# EXHIBIT B



# Office of the County Clerk
## Karen A. Yarbrough, Cook County Clerk

**Tuesday, June 28, 2022 – Primary Election**
**General Information**

Federal, State and Judicial candidates file with the Illinois State Board of Elections in Springfield. Candidates for County offices, the Metropolitan Water Reclamation District, the Board of Review and Township Committeeperson file with the Cook County Clerk's office.

### Candidate Filing Dates & Deadlines

**Thursday, January 13**: First day to circulate petitions for established political party candidates

**Monday, March 7 – Monday, March 14:** Petition filing period for established political party candidates

**Monday, March 21:** Last day for filing objections to nomination papers of candidates who filed during the March 7 – Monday, March 14 filing period

- Last day to withdraw for candidates who filed for incompatible offices

**Wednesday, March 23**: Last day to conduct lottery for ballot placement

**Thursday, April 21:** Last day to file withdrawal papers with the State Board of Elections

**Wednesday, April 27:** Last day to file withdrawal papers with the County Clerk

**Thursday, April 28:** Last day to file a notarized declaration of intent to be a write-in candidate (5:00 PM)

### Referenda Question Deadlines

**Monday, March 21:** Last day for filing petitions for referenda for the submission of questions of public policy with the local election authority

**Monday, April 11:** Last day for local governing boards to adopt a resolution or ordinance to allow a binding public question to appear on the ballot

### Certification of Ballot Deadlines

**Thursday, April 21:** Certification of Ballot by the State Board of Elections

- Certification of Ballot by local election authorities

**Wednesday, April 27**: Certification of Ballot to the City of Chicago

### Voter Registration, Early Voting & Mail Voting

**Wednesday, March 30:** First day for to apply for a ballot by mail

**Friday, May 13:** Military & overseas ballots available

**Tuesday, May 31:** Voter registration closes for deputy registrars and local election officials

**Wednesday, June 1 – Monday, June 27:** Grace period registration & voting

**Sunday, June 12**: Online voter registration closes

**Monday, June 13 – Monday, June 27:** Early Voting period

**Thursday, June 23:** Last day to apply for a ballot by mail

**Friday, June 24:** Nursing home voting

**Disclaimer**: This is not legal advice. The Cook County Clerk's office is providing this for general information purposes only. All Candidates should consult with legal counsel regarding election matters. The Cook County Clerk's office cannot recommend an attorney or give legal advice on these matters.

For the complete Election Calendar and Candidates Guide please visit the Illinois State Board of Elections Website:
**www.elections.il.gov**

Visit the Cook County Clerk's Website: www.cookcountyclerk.gov

# June 28, 2022 Primary Election Signature Requirements

## Countywide Offices

| Office | Democratic | Republican | Libertarian |
|---|---|---|---|
| Board President | 8,827  5,885 | 4,306  2,871 | 739  493 |
| County Clerk | 8,827  5,885 | 4,306  2,871 | 739  493 |
| Sheriff | 8,827  5,885 | 4,306  2,871 | 739  493 |
| Treasurer | 8,827  5,885 | 4,306  2,871 | 739  493 |
| Assessor | 8,827  5,885 | 4,306  2,871 | 739  493 |

## Cook County Commissioner

| Office | County Board District | Democratic | Republican |
|---|---|---|---|
| Commissioner | 1st District | 519  346 | 253  169 |
| Commissioner | 2nd District | 519  346 | 253  169 |
| Commissioner | 3rd District | 519  346 | 253  169 |
| Commissioner | 4th District | 519  346 | 253  169 |
| Commissioner | 5th District | 519  346 | 253  169 |
| Commissioner | 6th District | 519  346 | 253  169 |
| Commissioner | 7th District | 519  346 | 253  169 |
| Commissioner | 8th District | 519  346 | 253  169 |
| Commissioner | 9th District | 519  346 | 253  169 |
| Commissioner | 10th District | 519  346 | 253  169 |
| Commissioner | 11th District | 519  346 | 253  169 |
| Commissioner | 12th District | 519  346 | 253  169 |
| Commissioner | 13th District | 519  346 | 253  169 |
| Commissioner | 14th District | 519  346 | 253  169 |
| Commissioner | 15th District | 519  346 | 253  169 |
| Commissioner | 16th District | 519  346 | 253  169 |
| Commissioner | 17th District | 519  346 | 253  169 |

## Cook County Board of Review

| Office | District | Democratic | Republican |
|---|---|---|---|
| Commissioner | 1st District | 4,000  2,667 | 4,000  2,667 |
| Commissioner | 2nd District | 4,000  2,667 | 4,000  2,667 |
| Commissioner | 3rd District | 4,000  2,667 | 4,000  2,667 |

## Metropolitan Water Reclamation District

| Office | Democratic | Republican | Green |
|---|---|---|---|
| Commissioner | 8,654  5,770 | 4,220  2,813 | 1698  1132 |

*Pursuant to PA 102-0015, for the 2022 General Primary and General Election only, all petitions for nomination of established party candidates for all other offices shall be reduced by one-third and any provision of this Code limiting the maximum number of signatures that may be submitted for those offices shall be reduced by one-third. The signature requirements above reflect a reduction of one-third.*

## Township Committeeperson
## Democratic Party and Republican Party

| Township | Base Year | | Democratic Party Minimum/Maximum* | | Republican Party Minimum/Maximum* | |
|---|---|---|---|---|---|---|
| | Dem | Rep | | | | |
| Barrington | 2018 | 2021 | ~~64 – 103~~ | 43 – 93 | ~~80 – 128~~ | 54 – 104 |
| Berwyn | 2021 | 2018 | ~~124 – 198~~ | 83 – 133 | ~~34 – 54~~ | 23 – 73 |
| Bloom | 2021 | 2018 | ~~213 – 341~~ | 142 – 228 | ~~83 – 133~~ | 56 – 106 |
| Bremen | 2018 | 2018 | ~~642 – 1027~~ | 428 – 685 | ~~155 – 249~~ | 104 – 166 |
| Calumet | 2021 | 2018 | ~~70 – 112~~ | 47 – 97 | ~~5 – 55~~ | 4 – 54 |
| Cicero | 2018 | 2018 | ~~262 – 419~~ | 175 – 280 | ~~34 – 54~~ | 23 – 73 |
| Elk Grove | 2021 | 2021 | ~~179 – 286~~ | 120 – 191 | ~~271 – 434~~ | 181 – 290 |
| Evanston | 2018 | 2018 | ~~895 – 1431~~ | 597 – 954 | ~~49 – 78~~ | 33 – 83 |
| Hanover | 2018 | 2018 | ~~285 – 456~~ | 190 – 304 | ~~160 – 255~~ | 107 – 170 |
| Lemont | 2018 | 2018 | ~~99 – 159~~ | 66 – 116 | ~~79 – 127~~ | 53 – 103 |
| Leyden | 2018 | 2021 | ~~306 – 489~~ | 204 – 326 | ~~214 – 342~~ | 143 – 228 |
| Lyons | 2021 | 2018 | ~~429 – 687~~ | 286 – 458 | ~~238 – 380~~ | 159 – 254 |
| Maine | 2021 | 2021 | ~~477 – 762~~ | 318 – 508 | ~~291 – 466~~ | 194 – 311 |
| New Trier | 2018 | 2018 | ~~515 – 824~~ | 344 – 550 | ~~163 – 260~~ | 109 – 174 |
| Niles | 2018 | 2018 | ~~725 – 1160~~ | 484 – 774 | ~~147 – 235~~ | 98 – 157 |
| Northfield | 2021 | 2021 | ~~414 – 662~~ | 276 – 442 | ~~493 – 789~~ | 329 – 526 |
| Norwood Park | 2018 | 2018 | ~~141 – 226~~ | 94 – 151 | ~~55 – 87~~ | 37 – 87 |
| Oak Park | 2021 | 2018 | ~~279 – 447~~ | 186 – 298 | ~~45 – 71~~ | 30 – 80 |
| Orland | 2018 | 2018 | ~~543 – 869~~ | 362 – 580 | ~~294 – 470~~ | 196 – 314 |
| Palatine | 2021 | 2021 | ~~298 – 476~~ | 199 – 318 | ~~498 – 798~~ | 332 – 532 |
| Palos | 2018 | 2021 | ~~281 – 450~~ | 188 – 300 | ~~118 – 189~~ | 79 – 129 |
| Proviso | 2018 | 2018 | ~~1089 – 1742~~ | 726 – 1162 | ~~156 – 250~~ | 104 – 167 |
| Rich | 2018 | 2021 | ~~812 – 1299~~ | 542 – 866 | ~~62 – 100~~ | 42 – 92 |
| River Forest | 2018 | 2018 | ~~105 – 168~~ | 70 – 120 | ~~24 – 74~~ | 16 – 66 |
| Riverside | 2018 | 2018 | ~~142 – 227~~ | 95 – 152 | ~~43 – 68~~ | 29 – 79 |
| Schaumburg | 2021 | 2021 | ~~262 – 420~~ | 175 – 280 | ~~402 – 643~~ | 268 – 429 |
| Stickney | 2018 | 2018 | ~~185 – 295~~ | 124 – 197 | ~~42 – 66~~ | 28 – 78 |
| Thornton | 2021 | 2018 | ~~586 – 937~~ | 391 – 625 | ~~87 – 139~~ | 58 – 108 |
| Wheeling | 2018 | 2021 | ~~784 – 1254~~ | 523 – 836 | ~~550 – 881~~ | 367 – 588 |
| Worth | 2018 | 2018 | ~~921 – 1474~~ | 614 – 983 | ~~272 – 435~~ | 182 – 290 |

\* or 50 more than minimum, whichever is greater

## Township Committeeperson
## Green Party

| Township | Base Year | Green Party Minimum/Maximum* | |
|---|---|---|---|
| Berwyn | 2018 | ~~1 – 51~~ | 1 – 51 |
| Bremen | 2018 | ~~1 – 51~~ | 1 – 51 |
| Oak Park | 2018 | ~~1 – 51~~ | 1 – 51 |
| Rich | 2018 | ~~1 – 51~~ | 1 – 51 |
| River Forest | 2018 | ~~1 – 51~~ | 1 – 51 |
| Worth | 2018 | ~~1 – 51~~ | 1 – 51 |

\* or 50 more than minimum, whichever is greater

*Pursuant to PA 102-0015, for the 2022 General Primary and General Election only, all petitions for nomination of established party candidates for all other offices shall be reduced by one-third and any provision of this Code limiting the maximum number of signatures that may be submitted for those offices shall be reduced by one-third. The signature requirements above reflect a reduction of one-third.*

E X H I B I T   C



# Board of Commissioners of Cook County

118 North Clark Street
Chicago, IL

## Legislation Details (With Text)

| | | | | |
|---|---|---|---|---|
| **File #:** | 21-5299 | **Version:** 1 | **Name:** | |
| **Type:** | Ordinance | | **Status:** | Approved |
| **File created:** | 9/16/2021 | | **In control:** | 2020 Census Redistricting Committee |
| **On agenda:** | 9/22/2021 | | **Final action:** | 9/23/2021 |
| **Title:** | PROPOSED ORDINANCE | | | |

COOK COUNTY REDISTRICTING ORDINANCE OF 2021

WHEREAS, on November 6, 1990, the voters of Cook County approved the creation of 17 separate single-member districts for the election of members of the Cook County Board of Commissioners; and

WHEREAS, Ordinance No. 93-O-34 (the "Cook County Districting Ordinance"), adopted September 21, 1993, provides [in Section 1] that the members of the Cook County Board of Commissioners shall be elected from 17 single-member districts; and

WHEREAS, the County Board is required by law to redistrict after each decennial census to insure that the 17 County Commissioner Districts are of substantially equal population according to census data from the United States Census Bureau; and

WHEREAS, in accordance with that requirement, Ordinance No. 93-O-34 was previously amended by Ordinance No. 01-O-23, adopted September 6, 2001, and by Ordinance 12-O-29, adopted June 15, 2012;

WHEREAS, in enacting the redistricting plan set forth in Section 3 and Appendix 1 hereof, the following redistricting principles have been taken into account:

(1) each of the districts has been drawn to be substantially equal in population;

(2) each of the districts has been drawn to be consistent with the United States Constitution;

(3) each of the districts has been drawn to be consistent with the federal Voting Rights Act of 1965, 42 U.S.C. §1973, et seq., as amended; and

(4) each of the districts has been drawn to reflect a balance of the following redistricting principles: the preservation of the core or boundaries of the existing districts; the preservation of communities of interest; respect for township, municipal, ward, and other political subdivision boundaries; the maintenance of incumbent-constituent relationships and tracking of population migration; proposals or other input submitted by members of the public and stakeholder groups; public hearing testimony; respect for geographic features and natural or logistical boundaries; and other redistricting principles recognized by state and federal court decisions.

NOW, THEREFORE, BE IT ORDAINED by the Cook County Board of Commissioners that the Cook County Redistricting Ordinance of 2021 is hereby enacted as follows:

Section 1. This Ordinance shall be known as and may be cited as the Cook County Redistricting Ordinance of 2021.

Section 2. The Board of Commissioners of the County of Cook find that all of the recitals contained in the preambles to this Ordinance are full, true and correct and do incorporate them into this Ordinance by this reference.

File #: 21-5299, **Version:** 1

Section 3.   Sections 3-1 through 3-17, inclusive, of Ordinance No. 93-O-34, as previously amended by Ordinance No. 01-O-23, and by Ordinance No. 12-O-29, are hereby amended, and, as amended, shall read and provide as follows in the attached Appendix 1.   Cook County Board Districts 1 through 17 shall be comprised as noted in Appendix 1 of this Ordinance.

Section 4.

(a) For purposes of this Ordinance, the districts described in Section 3, Appendix 1 shall be composed of the United States census geography (tracts and blocks), as defined by the  GeoID contained within the 2020 version of the "TIGER" files from the United States Census Bureau. References to "tract" or "CT" shall mean "census tract," as that demographic unit is established by the United States Census Bureau for the 2020 census as described by maps and publications of the Bureau.   References to "block," "blocks," or "block groups" refer to those demographic units as established by the United States Census Bureau for the 2020 census as described by maps and publications of the Bureau.

(b) In the census tract and block listing noted in Field 1 of Appendix 1, the first two digits of a census description shall refer to the State of Illinois (17).   The next three digits of a census description shall refer to Cook County, which carries a code 031.   The next six digits refer to the census tract within Cook County.    The last four digits refer to the census block within the census tract. Field 2 of Appendix 1 references the corresponding Cook County Board District.

(c) Any reference to a "city" or "town," "city or town boundaries," or "city or town limits" shall refer to the boundaries or limits of a particular city or town as defined by the 2020 version of the "TIGER" files from the United States Census Bureau.   "TIGER" is an acronym for the computer readable geographic data base that automates the mapping and related geographic activities required to support the United States' Census Bureau's census and survey programs and stands for "Topologically Integrated Geographic Encoding and Referencing."

(d) In the event of a discrepancy between the listing of tracts and blocks set forth above and any other boundary description or map, the listing of census tracts and blocks set forth in Section 3, Appendix 1 shall take precedence and be controlling.

Section 5.

(a) The Cook County Board Districts specified in Section 3, Appendix 1 of this Cook County Redistricting Ordinance of 2021 shall become effective upon approval and adoption of this Ordinance and County Commissioners shall be nominated and elected in 2022 by the legal voters of each County Board District as set forth and specified in this Ordinance, subject to the following limitations:

(1) Any County Commissioner elected in 2018 or appointed to fill a vacancy in office occurring subsequent to the 2018 general election but prior to the November 2022 general election shall, until his or her term is completed and his or her successor is elected and qualified in 2022, continue to represent and serve the residents and legal voters of the District from which he or she was elected or appointed as such District existed as of the 2018 general election; and

(2) Any vacancy in the office of County Commissioner occurring on or after the approval and adoption of this Ordinance and prior to the November 2022 general election shall be filled as provided in Section 22-32 2-74 of the Cook County Code by the appropriate district committee consisting of the committeeperson of each ward or township contained in whole or in part within the County Board District in which the vacancy has occurred as such District existed as of the 2018 general election.

(b) Any vacancy in nomination for the office of Cook County Commissioner occurring on or after the general primary election in 2022 shall be filled as provided in Section 22-32 of the Cook County Code of Ordinances by the appropriate district committee consisting of the committeeperson of each ward or township contained in whole or in part within the County Board District in which the vacancy occurs as set forth and specified in Section 3, Appendix 1 of this Ordinance.

Link to Appendix: <http://tiny.cc/dz7juz>

powered by Legistar™

| | Effective date: This ordinance shall be in effect immediately upon adoption. |
|---|---|
| **Sponsors:** | DEBORAH SIMS, PETER N. SILVESTRI, LUIS ARROYO JR, JOHN P. DALEY, SCOTT R. BRITTON, STANLEY MOORE, LARRY SUFFREDIN, DENNIS DEER, BRIDGET DEGNEN, KEVIN B. MORRISON, BRIDGET GAINER, BRANDON JOHNSON, DONNA MILLER, FRANK J. AGUILAR, ALMA E. ANAYA, BILL LOWRY, SEAN M. MORRISON |
| **Indexes:** | |
| **Code sections:** | |
| **Attachments:** | 1. Appendix 1 Redistricting Ordinance of 2021, 2. Proposed Map Related to Redistricting Ordinance of 2021 |

| Date | Ver. | Action By | Action | Result |
|---|---|---|---|---|
| 9/23/2021 | 1 | Board of Commissioners | approve as substituted and amended in the errata | Pass |
| 9/22/2021 | 1 | 2020 Census Redistricting Committee | | |

**PROPOSED ORDINANCE**

**COOK COUNTY REDISTRICTING ORDINANCE OF 2021**

**WHEREAS**, on November 6, 1990, the voters of Cook County approved the creation of 17 separate single-member districts for the election of members of the Cook County Board of Commissioners; and

**WHEREAS**, Ordinance No. 93-O-34 (the "Cook County Districting Ordinance"), adopted September 21, 1993, provides [in Section 1] that the members of the Cook County Board of Commissioners shall be elected from 17 single-member districts; and

**WHEREAS**, the County Board is required by law to redistrict after each decennial census to insure that the 17 County Commissioner Districts are of substantially equal population according to census data from the United States Census Bureau; and

**WHEREAS**, in accordance with that requirement, Ordinance No. 93-O-34 was previously amended by Ordinance No. 01-O-23, adopted September 6, 2001, and by Ordinance 12-O-29, adopted June 15, 2012;

**WHEREAS,** in enacting the redistricting plan set forth in Section 3 and Appendix 1 hereof, the following redistricting principles have been taken into account:

(1) each of the districts has been drawn to be substantially equal in population;

(2) each of the districts has been drawn to be consistent with the United States Constitution;

(3) each of the districts has been drawn to be consistent with the federal Voting Rights Act of 1965, 42 U.S.C. §1973, *et seq*., as amended; and

(4) each of the districts has been drawn to reflect a balance of the following redistricting principles: the preservation of the core or boundaries of the existing districts; the preservation of communities of interest; respect for township, municipal, ward, and other political subdivision boundaries; the maintenance of incumbent-constituent relationships and tracking of population migration; proposals or other input submitted by members of the public and stakeholder groups; public hearing testimony; respect for geographic features and natural or logistical boundaries; and other redistricting principles recognized by state and federal court decisions.

**NOW, THEREFORE, BE IT ORDAINED** by the Cook County Board of Commissioners that the Cook County Redistricting Ordinance of 2021 is hereby enacted as follows:

powered by Legistar™

File #: 21-5299, **Version:** 1

Section 1.   This Ordinance shall be known as and may be cited as the Cook County Redistricting Ordinance of 2021.

Section 2.   The Board of Commissioners of the County of Cook find that all of the recitals contained in the preambles to this Ordinance are full, true and correct and do incorporate them into this Ordinance by this reference.

Section 3.   Sections 3-1 through 3-17, inclusive, of Ordinance No. 93-O-34, as previously amended by Ordinance No. 01-O-23, and by Ordinance No. 12-O-29, are hereby amended, and, as amended, shall read and provide as follows in the attached Appendix 1.   Cook County Board Districts 1 through 17 shall be comprised as noted in Appendix 1 of this Ordinance.

Section 4.

(a) For purposes of this Ordinance, the districts described in Section 3, Appendix 1 shall be composed of the United States census geography (tracts and blocks), as defined by the  GeoID contained within the 2020 version of the "TIGER" files from the United States Census Bureau.   References to "tract" or "CT" shall mean "census tract," as that demographic unit is established by the United States Census Bureau for the 2020 census as described by maps and publications of the Bureau.   References to "block," "blocks," or "block groups" refer to those demographic units as established by the United States Census Bureau for the 2020 census as described by maps and publications of the Bureau.

(b) In the census tract and block listing noted in Field 1 of Appendix 1, the first two digits of a census description shall refer to the State of Illinois (17).   The next three digits of a census description shall refer to Cook County, which carries a code 031.   The next six digits refer to the census tract within Cook County.   The last four digits refer to the census block within the census tract.   Field 2 of Appendix 1 references the corresponding Cook County Board District.

(c) Any reference to a "city" or "town," "city or town boundaries," or "city or town limits" shall refer to the boundaries or limits of a particular city or town as defined by the 2020 version of the "TIGER" files from the United States Census Bureau.   "TIGER" is an acronym for the computer readable geographic data base that automates the mapping and related geographic activities required to support the United States' Census Bureau's census and survey programs and stands for "Topologically Integrated Geographic Encoding and Referencing."

(d) In the event of a discrepancy between the listing of tracts and blocks set forth above and any other boundary description or map, the listing of census tracts and blocks set forth in Section 3, Appendix 1 shall take precedence and be controlling.

Section 5.

(a) The Cook County Board Districts specified in Section 3, Appendix 1 of this Cook County Redistricting Ordinance of 2021 shall become effective upon approval and adoption of this Ordinance and County Commissioners shall be nominated and elected in 2022 by the legal voters of each County Board District as set forth and specified in this Ordinance, subject to the following limitations:

(1) Any County Commissioner elected in 2018 or appointed to fill a vacancy in office occurring subsequent to the 2018 general election but prior to the November 2022 general election shall, until his or her term is completed and his or her successor is elected and qualified in 2022, continue to represent and serve the residents and legal voters of the District from which he or she was elected or appointed as such District existed as of the 2018 general election; and

(2) Any vacancy in the office of County Commissioner occurring on or after the approval and adoption of this Ordinance and prior to the November 2022 general election shall be filled as provided in Section 22-32 2-74 of the Cook County Code by the appropriate district committee consisting of the committeeperson of each ward or township contained in whole or in part within the County Board District in which the vacancy has occurred as such District existed as of the 2018 general election.

(b) Any vacancy in nomination for the office of Cook County Commissioner occurring on or after the general primary election in 2022 shall be filled as provided in Section 22-32 of the Cook County Code of Ordinances by the appropriate district committee consisting of the committeeperson of each ward or township contained in whole or in part within the County Board District in which the vacancy occurs as set forth and specified in Section 3, Appendix 1 of this Ordinance.

Link to Appendix: <http://tiny.cc/dz7juz>

**Effective date:**  This ordinance shall be in effect immediately upon adoption.

E X H I B I T   D

---------- Forwarded message ---------
From: **Colleen Gleason (County Clerk)** <colleen.gleason@cookcountyil.gov>
Date: Wed, Jan 5, 2022, 11:45 AM
Subject: Re: Signature requirements
To: Jason Ross Decker <jasonrossdecker@gmail.com>
Cc: Clerk Yarbrough (County Clerk) <Clerk.Yarbrough@cookcountyil.gov>


Mr. Decker,

The Libertarian Party is an established political party in 2022 for Cook County Wide offices (County Board President, County Clerk, County Sheriff, County Treasurer, County Assessor). It is not an established political party for any other districts or subdivisions located within Cook County, such as Cook County Board of Review, Cook County Board Commissioners, MWRD, Legislative offices and Township Committeeperson.

**Established Political Parties**

The Illinois Election Code (10 ILCS 5/10 – 2) provides that any political party that wins 5% or more of the vote in any district or political subdivision that voted as a unit becomes an established political party within that district or political subdivision.

At the November 3, 2020 General Election, the Libertarian Party received 6.63% of the vote for States Attorney of Cook County and became an established political party for the 2022 Election for Cook Countywide offices.

The Libertarian Party did not receive 5% of the vote in any other district or political subdivision that voted as a unit in the 2020 General Election, and therefore is not an established political party in any other district or political subdivision, Vestrup v DuPage County Election Commission, 335 Ill App 3rd 156 (2002).

The Illinois State Board of Elections is responsible for determining signature requirements for State Representative and State Senate districts. The office of Precinct Committeeperson is not on the ballot in Cook County.


Colleen Gleason
Candidate Services Manager
The Honorable Karen A. Yarbrough, Cook County Clerk
69 West Washington, Room 500
Chicago, IL 60602
Office: 312-603-1127
Fax: 312-603-9786
Email Address: colleen.gleason@cookcountyil.gov
www.cookcountyclerkil.gov

# EXHIBIT E

**From:** James Nally (County Clerk) <u>&lt;James.Nally@cookcountyil.gov&gt;</u>
**Sent:** Thursday, January 13, 2022 10:30 AM
**To:** adam balling <u>&lt;adamballing@hotmail.com&gt;</u>
**Subject:** RE: Brief request for information

Those are the authorities we discussed.

Regards,

---

**From:** adam balling <u>&lt;adamballing@hotmail.com&gt;</u>
**Sent:** Wednesday, January 12, 2022 11:14 PM
**To:** James Nally (County Clerk) <u>&lt;James.Nally@cookcountyil.gov&gt;</u>
**Subject:** Brief request for information

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Mr. Nally,
   Thank you again for outlining your legal argument on the phone with me.  Just to make sure I have it correctly, there is the 2002 DuPage case & the section of the Illinois Code to which you had directed my attention.
  Is there anything else?  We want to be as clear as possible on the reasoning.

Much appreciated,

Adam Balling
Libertarian Party of Chicago