## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Libertarian Party of Illinois, et al.

                                  Plaintiff,

v.                                                      Case No.: 1:22−cv−00578
                                                              Honorable Robert W. Gettleman

Karen A. Yarbrough, et al.

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 4, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic motion hearing held on 3/4/2022. For the reasons stated on the record, the amended emergency motion for Preliminary Injunction and/or Temporary Restraining Order [11] is granted. Plaintiff's counsel is directed to submit a draft order consistent with the findings and directions stated by the court. The parties are directed to file a joint status report by 3/16/2022. Telephonic status hearing set for 3/18/2022 at 10:15 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Defendants' responsive pleading to the complaint due on or before 3/8/2022. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.